IRA P. ROTHKEN (CSB No. 160029)
ira@techfirm.com
JARED P. SMITH (CSB No. 130343)
jared@techfirm.com
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:   415.924-4250
Facsimile:   415.924-2905

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Plaintiff
MEGAUPLOAD LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEGAUPLOAD LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, INC. and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV-116216-CW<br><br>**SUPPLEMENTAL STATEMENT RE: URGENCY OF PLAINTIFF MEGAUPLOAD LTD'S *EX PARTE* APPLICATION FOR TRO AND OSC**<br><br>Date:   December ___, 2011<br>Time:   __:__ A.M.<br>Dept:   Courtroom 2 – 4th Floor<br>Judge:  The Hon. Claudia Wilken<br><br>Action Filed:   December 12, 2011 |

SUPPLEMENTAL STATEMENT RE:
URGENCY OF EX PARTE APPLICATION

Case No. CV-116216-CW

Plaintiff Megaupload Ltd. ("Megaupload") submits this Supplemental Statement Re: Urgency of *Ex Parte* Application for TRO and OSC to underscore the vital importance of obtaining an *immediate* hearing on its *Ex Parte* Application for Temporary Restraining Order to Show Cause Re Preliminary Injunction.

Specifically, Megaupload urges the Court to set a hearing on this application **no later than Friday, December 16, 2011**.

Immediate action in this lawsuit is critically important to restoring the proper functioning of the Internet. As reflected in the widespread press attention listed in Exhibit 1, the public has focused on the abuse of the Digital Millennium Copyright Act's notice and takedown procedures that are at issue in this case, and on the question of whether or how the Courts will move in a timely and meaningful way to stop censorship by such wrongful notices.

By sending out numerous DMCA notices for a work in which it has no copyright interest, Universal Music Group, Inc. ("UMG") has tried to purge a promotional video that Megaupload created of 100% original content and published on December 9, 2011. UMG has now successfully disabled that video—which uses no content from UMG—for five days. UMG has squashed not only the video itself, but *even public comment about it by others, including a 45 minute news broadcast that criticized UMG*. Kim Dotcom Decl. [Dkt 6], ¶¶ 19-20 & Exhs. J-L. Absent an order from this Court setting a hearing on Megaupload's application this week, these five days during which Megaupload's free speech have been blocked will have doubled. By Monday, December 19, ten days will have passed, without any court intervention.

At issue in this case is the open and proper use of the Internet as a mechanism to exercise one's rights of free speech, balanced against the right of copyright owners to use the DMCA to prevent infringement of their works. In this case, however, no balancing is necessary—UMG does not own the copyright at issue. It just objects to popular artists endorsing Megauploads. It objects—and has sought to scuttle—a video that shot to the top of Twitter and other popular commentary. UMG has wrongfully used the DMCA to effect a prior restraint. The Court should act immediately to ensure the public that such tactics will not be tolerated.

The public is watching carefully. This dispute is matter of substantial public concern.

1  Indeed, despite having just been filed two days ago, this case has already attracted massive and
2  widespread coverage in the press. *See, e.g.*,
3  http://www.wired.com/threatlevel/2011/12/megaupload-contract/;
4  http://mediadecoder.blogs.nytimes.com/2011/12/13/file-sharing-company-sues-record-label-for-
5  a-change/; Time, http://techland.time.com/2011/12/13/megaupload-sues-universal-music-group-
6  over-illegal-takedown/; The Guardian,
7  http://www.guardian.co.uk/music/2011/dec/13/megaupload-universal-youtube-
8  video?newsfeed=true; BoingBoing, http://boingboing.net/2011/12/13/megaupload-will-sue-
9  universal.html; The Hollywood Reporter, http://www.hollywoodreporter.com/thr-esq/william-
10 megaupload-kim-kardashian-p-diddy-272414 & http://www.hollywoodreporter.com/thr-
11 esq/megaupload-universal-music-lawsuit-kim-kardashian-kanye-west-272322; Wired,
12 http://www.wired.com/threatlevel/2011/12/megaupload-v-universal/ &
13 http://www.wired.com/threatlevel/2011/12/megaupload-contract/; Variety,
14 http://www.variety.com/article/VR1118047453?refCatId=16; GigaOm,
15 http://gigaom.com/2011/12/12/universal-vs-megaupload/; Rolling Stone,
16 http://www.rollingstone.com/music/news/will-i-am-diddy-shut-down-megaupload-video-on-
17 youtube-20111212 (copies of articles are attached hereto as Exhibit 1).

18        Unless the Court rules on an expedited basis on this motion, the prior restraint will be
19 sanctioned. The relief eventually afforded wronged parties like Megaupload will be hollow.
20 Every day that speech is throttled is a day too many. As Megaupload explains in a more fulsome
21 manner in its *ex parte* application, unless UMG is immediately enjoined from sending sham
22 notices under the DMCA, the harm that Megaupload is suffering will never be corrected.

23        That Universal has not yet appeared does not mean it is not aware of this lawsuit or did
24 not have notice of Megaupload's application. Notice of this application was given by telephone,
25 email *and* letter yesterday, as reflected in Megaupload's documentation filed in support of its
26 application. Moreover, Universal is well aware of the lawsuit, both because it reads the papers
27 and the Internet, because it was formally served on Tuesday, December 13, 2011, and because it
28 commented itself in the press about this dispute. *See, e.g.*, The Hollywood Reporter,

http://www.hollywoodreporter.com/thr-esq/william-megaupload-kim-kardashian-p-diddy-272414; Wired, http://www.wired.com/threatlevel/2011/12/megaupload-v-universal/; Variety, http://www.variety.com/article/VR1118047453?refCatId=16; GigaOm, http://gigaom.com/2011/12/12/universal-vs-megaupload/ (copies of articles are attached hereto as Exhibit 1).

In light of the above, Megaupload respectfully proposes that the Court require UMG to file and serve its opposition papers, if any, no later than 2:00pm on Thursday, December 15, 2011, and to hold a hearing no later than Friday, December 16, 2011.

Dated:   December 14, 2011                ROTHKEN LAW FIRM

                                          By:   /s/ Ira P. Rothken
                                                      Ira P. Rothken

                                          FENWICK & WEST LLP

                                          By:   /s/ Laurence F. Pulgram
                                                      Laurence F. Pulgram

                                          Attorneys for Plaintiff
                                          MEGAUPLOAD LTD.