# EXHIBIT 1

ADVERTISEMENT


subscribe to WIRED
TABLET ACCESS INCLUDED!
SUBSCRIBE ▸ RENEW ▸
GIVE A GIFT ▸ INTERNATIONAL ▸
FREE GIFT!

WIRED

SUBSCRIBE » SECTIONS » BLOGS » REVIEWS » VIDEO » HOW-TOS » MAGAZINE » WIRED ON THE IPAD »

Sign In | RSS Feeds All Wired GO

OFF OFF SHORE
Ducking Immigration Law on the 'Googleplex of the Sea'

9 FOR 9

Readers' Picks of 9 Mandatory Gaming Moments

WIRED MAGAZINE

Pro-Science Rapper's Shout Out for Evolution

VIDEOGAMES
Why *Skyrim* Is Horrible for the Economy

FIRST LOOK

Motorola's Xoom Sequel, the Xyboard Tablet

MILITARY MEDICINE

Navy Gives Neck Injections a Shot at Curing PTSD

PHOTO GALLERY

Baby Sloth Orphanage: The Cutest Place on Earth

# THREAT LEVEL

PRIVACY, CRIME AND SECURITY ONLINE

PREVIOUS POST

## Megaupload: Pop Star's Contract Proves YouTube Takedown Was Bogus

By David Kravets | December 14, 2011 | 3:14 pm | Categories: The Ridiculous, intellectual property
Follow @dmkravets 2,847 followers




Megaupload bolstered its legal case against the recording industry for forcing YouTube to remove the company's all-star promotional video, arguing that a copyright takedown notice was bogus since it had secured the signature of Black Eyed Peas front man will.i.am to appear in a video singing the file-sharing service's praises.

The Hong Kong-based file-sharing service lodged the contract (.pdf) in federal court Wednesday as proof it had the right to include will.i.am singing, "When I've got to send files across the globe, I use

Megaupload has been a thorn in the side of the recording industry which views Megaupload as a facilitator of rampant copyright infringement. Megaupload filed suit Monday, saying the takedown was a "sham" to silence brand-named stars from endorsing the service, and it wants a judge to order the video back online and fine Universal Music for the bogus notice.

Kim Dotcom, the chief innovation officer of the file sharing service that boasts some 50 million users, told (.pdf) a federal judge in a Thursday filing that "an attorney for will.i.am sent a DMCA notice and takedown to YouTube in connection with the Megaupload video." Dotcom added that "I had spoken directly with




SUBSCRIBE TO WIRED MAGAZINE



subscribe to WIRED
TABLET ACCESS INCLUDED!
- Subscribe to WIRED
- Renew
- Give a Gift
- International Orders

EDITORIAL TEAM

Editor: Ryan Singel | E-mail | Twitter

Senior Writer: San Francisco David Kravets | E-mail | Twitter | Website

Senior Writer: San Francisco Kim Zetter | E-mail | Twitter

Contributor & Co-founder: Kevin Poulsen | E-mail | Twitter

Contributor: Quinn Norton | E-mail | Twitter

Contributor: Berlin John Borland | E-mail

Contributor: New Zealand Juha Saarinen | E-mail | Twitter

Send us a tip

BOOKS



KINGPIN, by Kevin Poulsen
Available Now

to YouTube in connection with the Megaupload video." Dotcom added that, "I had spoken directly with will.i.am about this issue, and he personally advised me that he absolutely had not authorized the submission of any takedown notice on his behalf."

Under the DMCA, online service providers like YouTube lose legal immunity for their users' actions if they don't remove allegedly infringing content if asked to by rights holders. If the content is not removed, companies such as YouTube and Flickr could be held liable for damages under the Copyright Act, which carries penalties of up to $150,000 per violation.

Ken Hertz, will.i.am's attorney of Beverly Hills, California, did not respond for comment. But on Tuesday, he told the Hollywood Reporter that he had sent a takedown notice because his client did not endorse the video.

Adding to the confusion, Universal Music's takedown notice to YouTube over the same video was filed on behalf of New Zealand songwriter-singer Gin Wigmore, who isn't even in the video.

**Wired** on Facebook
Like
323,373 people like **Wired.**

Kyler Benga Corey Redeemer Giammaria Trudy
John Tim Luciana Suette Jane Bruno
Facebook social plugin

ADVERTISEMENT
Investment Bank Bootcamp
4-Wk San Fran I-Bank & PE Valuation Training by Sr Bankers $217 Billion - www.ibtraining.com

Trademarks - 3 Easy Steps
(1) Sign up (2) Fill in online form (3) LegalZoom files your trademark - LegalZoom.com

**PREVIOUSLY** YOU MIGHT LIKE

Related Links by Contextly

Megaupload Sues Universal Over 'Sham' YouTube Takedown

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS

Subscribe: Home Delivery / Digital | Log In | Register Now

The New York Times
Wednesday, December 14, 2011

Business Day
Media & Advertising

Search All NYTimes.com Go

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

Search | Global | DealBook | Markets | Economy | Energy | Media | Personal Tech | Small Business | Your Money




# Media Decoder

Behind the Screens, Between the Lines

December 13, 2011, 7:09 PM

## File-Sharing Company Sues Record Label, for a Change

By BEN SISARIO

The way the cats-and-dogs legal fights of the entertainment industry usually work, it's the big record company or movie studio that sues the offshore Internet corporation, accusing it of violating its rights.

But in a case playing out in Federal District Court in San Jose, Calif., it's just the opposite. Megaupload, a service for sharing large media files over the Internet that has often run afoul of Hollywood and the music industry, is suing the Universal Music Group for blocking a promotional video from being played on YouTube.

In Megaupload's "Mega Song" video, posted to YouTube on Friday, an array of pop stars including Will.i.am, Kanye West, Mary J. Blige, Diddy, Lil Jon, Alicia Keys and Macy Gray sing and offer testimonials about Megaupload, while statistics about the service's popularity whiz by.

Within hours, YouTube removed the clip "due to a copyright claim by UMG."

But what was the copyright violation? Bloggers were confused, since the song appeared to be an original composition. In a statement, a Universal spokesman said that the company's complaint had to do with an "unauthorized use of a performance from one of our artists."

Universal would not identify the artist. An online article in The Hollywood Reporter zeroed in on Will.i.am, saying that his lawyer, Ken Hertz, had filed a takedown notice with YouTube. The article did not quote Mr. Hertz directly, but it reported that the lawyer had said that Will.i.am had not consented to appear in the video. Mr. Hertz did not respond to an e-mail message on Tuesday seeking comment.

In the suit, which was filed on Monday, Megaupload says that all the stars involved signed release forms allowing the company to use their likenesses for promotion. Ira P. Rothken, the lawyer representing Megaupload, which is based in Hong Kong, said in an interview on Tuesday that Will.i.am had signed a "breathtakingly broad" release for the video.

He also argued that copyright was irrelevant to whether a star had signed a release form. "Each star was completely aware of what they were doing and the things they said," he said.

Referring to the Digital Millennium Copyright Act, which protects sites like YouTube that may unknowingly host pirated content as long as they take it down when notified, Mr. Rothken added: "What's going on here is that Universal Music Group is gaming the D.M.C.A. system to try to chill free speech when they disagree with the artists."

E-mail | Print | Recommend | Share | Twitter

Search This Blog | Search

Previous Post
ITunes Opens in Latin America, Challenging Rival Services

Next Post
Controversy Drives Advertisers From 'All-American Muslim' – Or Does it?

FOLLOW THIS BLOG Twitter RSS

### The Big Story

**The Year in Media | Record Labels Still Carry a Big Price Tag**
The rise of digital music has taken a toll at the big record companies, but this year the two smallest of the four big music shops – the Warner Music Group and EMI – still sold for healthy prices.

- Earlier Year in Media Posts
- Post a Comment




Advertise on NYTimes.com

### Recent Posts

December 14
Add a comment
**Is James Murdoch Running Out of Denials?**
James Murdoch has maintained he wasn't looped in on how widespread phone hacking was at the newspaper he supervised. Now it is a matter of record that he was, though he says he did not focus on the e-mails that conveyed this information.

December 14
Add a comment
**Times of London Cancels Comedy Podcast That Mocked Murdoch**
The Bugle podcast, which co-stars John Oliver of "The Daily Show," ruthlessly mocked its own corporate owners over the phone hacking scandal.

December 14
Add a comment
**The Police, the Press and Protests: Did Everyone Get the Memo?**
A New York police officer does an aggressive pas de deux with a credentialed photographer trying to cover protesters at the Winter Garden in Lower Manhattan.

Previous Post
◂ ITunes Opens in Latin America, Challenging Rival Services

Next Post
Controversy Drives Advertisers From 'All-American Muslim' — Or Does it? ▸

**No Comments**

Share your thoughts.

ALL | Newest ▾ | Write a Comment

No Comments

To comment, reply or recommend please Log In or Create An Account. »

Ads by Google what's this?

**Kaiser Permanente Lawsuit**

Many million +dollar settlements against Kaiser. Call: 888-421-8300

www.BostwickFirm.com

December 14
Add a comment

**The Year in Media | Record Labels Still Get a Big Price Tag**

The rise of digital music has taken a toll at the big record companies, but this year the two smallest of the four big music shops still sold for healthy prices.

December 14
Add a comment

**The Breakfast Meeting, Dec. 14**

How papers are playing the hacking scandal, Facebook slows down (just a bit), why the new YouTube is a lot more like television and Miss Tina regrets.

**VIDEO »** More Video | Multimedia »



00:00 02:33
▶ PLAY
BUSINESS SHARE

TimesCast | Media Decoder
November 16, 2011 - Brian Stelter and David Carr



**About Media Decoder**

Media Decoder is an insider's guide to the media industry that tracks the transformation of the movie business, television, print, advertising, marketing and new media. It's a showcase for the extensive media coverage throughout The New York Times and a window on how the business of connecting with consumers is changing in the digital age.

**Top Decoders**

- From Photo's Periphery, an Eyewitness to a Timeless Kiss 37 Comments
- The Week the Future Became Present Tense
- TV Watch: Letterman's Confession, Calculation vs. Compulsion
- CNN President Says Obama Citizenship Issue is 'Dead,' But Lou Dobbs Revives It
- Decoding Ben Silverman's New Venture

TV HIGHLIGHTS

**What's On This Week**



A daily updated summary of the week in television by The New York Times.

- Listings...

CULTURE

**ArtsBeat**



The latest on the arts, coverage of live events, critical reviews, multimedia extravaganzas and much more.

- Read more...

**Archive** Select Month

**Follow The New York Times »**

Facebook Twitter YouTube RSS





What you get for ... $800,000

ALSO IN REAL ESTATE »

- The Apartment Critic
- Tools to find your next home

nytimes.com REAL ESTATE

Today's Headlines Daily E-Mail

Sign up for a roundup of the day's top stories, sent every morning.

Sign Up

See Sample | Privacy Policy

Ads by Google what's this?

HOME TIME MAGAZINE PHOTOS VIDEOS SPECIALS TOPICS SUBSCRIBE Mobile Apps Newsletters RSS @TIME Like 404k

NewsFeed U.S. Politics World Business Money Tech Health Science Entertainment Opinion

TIME Techland
News and reviews about gadgets, gear, apps and the web

SEARCH TIME.COM

Home Gadgets Apps & Web News Reviews & Features Companies




BUSINESS

# Megaupload Sues Universal Music Group over Illegal Takedown

By GRAEME MCMILLAN | @graemem | December 13, 2011 | 3

Like 27 Tweet 81 +1 1 Share 9




MEGAUPLOAD

YouTube has removed a video supporting online storage site Megaupload that features artists like Kanye West, Alicia Keys and Macy Gray at the request of Universal Music Group, who claimed that it infringed on their copyright. The only problem is, the artists in question had signed release forms, and Megaupload has filed a lawsuit against UMG as a result of their actions.

Megaupload posted the promotional video, which includes UMG artist Will.i.am saying "When I got to send files across the globe, I use Megaupload," to YouTube on Friday, but the original posting was removed within a day following UMG's complaint. However, as company founder Kim Dotcom explained, "Mega owns everything in this video. And we have signed agreements with every featured artist for this campaign. They are sending illegitimate takedown notices for content they don't own... They are willfully sabotaging this viral campaign."

(**MORE:** RIAA Starts Going After Cloud Storage Sites?)

While "willful sabotage" may be going a little far, there's a history of bad blood between Megaupload and the recording industry, with the Recording Industry Association of America and U.S. Chamber of Commerce having previously referred to the company as "a rogue site" promoting piracy. The RIAA also launched legal action against another cloud storage site earlier this year.

Interestingly enough, hidden in the press release from Megaupload discussing the UMG YouTube takedown is this unexpected piece of news: "One of our websites, megabox.com, will re-launch shortly with big news that will change the music industry forever. We are signing up artists to sell their creations directly. Artists working with Megabox receive 90% of music sales,




Techland Videos More Videos






Top 10 Gadgets of 2011

More on TIME.com


Attack Kills Three in Belgium


Person of the Year 2011


Protests and Camp Shutdowns Continue for Occupy Demonstrators

Most Popular Full List

TECHLAND TIME.COM

1. MIT Researchers Capture the Speed of Light on Camera
2. 7 Real, Functional Robots You Can Buy Right Now
3. Our Favorite Things: Last-Minute Gift Ideas

allowing them to be in control of their careers." Megaupload puts forward the idea that this may be a motivator for UMG's actions.

The lawsuit was filed yesterday in Northern California. Neither the RIAA nor UMG have commented publicly on the matter as yet.

**MORE:** MPAA Sues Hotfile.com For Promoting Internet Piracy

*Graeme McMillan is a reporter at* TIME. *Find him on Twitter at* @Graemem *or on Facebook at* Facebook/Graeme.McMillan. *You can also continue the discussion on* TIME's *Facebook page and on Twitter at* @TIME.

**Read other related stories about this:**

- Megaupload to Sue Universal, Joins Fight Against SOPA *TorrentFreak*

**Related Topics:** *legal, Megaupload, Recording Industry Association of America, Universal Music Group, Business, News*

Follow @Techland 3 EMAIL PRINT + SHARE

Sponsored Links

**SONY® Google Internet TV**
Introducing The World's First HDTV Powered By Google TV. Buy Now!
store.sony.com

**Music Management**
Learn Artist Management, Music Law, Media Distribution and More Online!
www.FullSail.edu

**Class Action Lawyers**
Izard Nobel Investigates Your Class Action Cases.
www.izardnobel.com

## Latest on Techland




SOCIAL NETWORKING | December 14, 2011

### Google+ Adds Some Bells and Whistles to Live-Video Hangouts

One of the cooler features of the new-ish Google+ social network is the ability to hold "Hangouts"—live, multi-person video chats. Today, Google unveiled some new Hangout-specific additions to the service.



FROM OUR PARTNERS

### iPad 2 vs. iPad 3: Should You Buy An iPad Now, Or Wait For The Next One? *Huffington Post*

- Kindle Fire Problems: Users' 9 Biggest Issues With Amazon's Tablet *Huffington Post*
- The Top 13 Free iPhone Apps Of 2011: iTunes Rewind *Huffington Post*

Getty Images

NEWS | December 14, 2011

### Report: Most People Still Don't Trust Online Info

Over the past decade, Americans have witnessed the rise of social networks and mobile technology that's put the Internet at an arm's reach, day and night – yet a new study has found that people are even more distrustful of the information they find online.

PREVIOUS
National Transportation Safety Board Recommends Ban on Driver Cell Phone Use

NEXT
New App Lets People Know Where You Just Made Love

DISQUS

(Day Two)
4. The 10 Games I Want to Play Most in 2012
5. Eight New Tablets and Ultrabooks You Should Know About
6. New App Lets People Know Where You Just Made Love
7. 2012: Year of the Ultrabook
8. The Beginning of the End for Facebook?
9. Megaupload Sues Universal Music Group over Illegal Takedown
10. iPad 3 Rumored to Launch Around Same Time as First Two iPads

TIME on G+ Add to circles
+1 +773




## Editor's Picks

BIG PICTURE
**The Beginning of the End for Facebook?**
By BEN BAJARIN



GAME TIME
**The 10 Coolest Skyrim Mods**
By MATT PECKHAM



GADGETS
**Tech Buyers' Guide 2011**
By HARRY MCCRACKEN





Type your comment here.

Real-time updating is **paused**. (Resume)

**Showing 3 comments**

Sort by oldest first

Adam McRoy

This should be pretty interesting. If Mega has all the documentation and release forms to back their claim, UMG may be in for a taste of its own medicine. I like the idea of buying music directly from the artist. Fewer people would stream or pirate music if they thought money was going to support their artist of choice and not the super huge media conglomerates the money goes to now. I Hope Mega takes these opportunities to really stick it to the recording industry.

21 hours ago 5 Likes Like Reply

TalleyClarice2

my friend's step-aunt makes $72/hr on the internet. She has been fired for 10 months but last month her pay was $8239 just working on the internet for a few hours. Go to this web site and read more...cli.gs/3i5o28b

12 hours ago 2 Likes Like Reply

Brein Drein

Weird, I think I've seen her on this one paid membership website. We were just chatting and then she took all her clothes off. Small world.

5 hours ago in reply to TalleyClarice2 3 Likes Like Reply

Powered by WordPress.com VIP

Stay Connected with TIME.com

Subscribe to RSS Feeds | Sign Up for Newsletters | Get the TIME Magazine iPad Edition | Read TIME Mobile on your Phone | Become a Fan of TIME | Get TIME Twitter Updates | Get TIME ALL ACCESS

NewsFeed | U.S. | Politics | World | Business | Money | Health | Science | Entertainment | Photos | Videos | Specials | Magazine

© 2011 Time Inc. All rights reserved | Privacy Policy | RSS | Newsletter | Mobile | TIME For Kids | LIFE.com
Subscribe | Contact Us | Terms of Use | Media Kit | Reprints & Permissions | Help | Site Map | Ad Choices

TIME OUR PARTNERS CNN CNNMoney LIFE

get more into music YouTube



# Megaupload threatens to sue Universal over YouTube video

Site claims label filed erroneous takedown notice against 'endorsement' video featuring will.i.am and Kanye West

**Sean Michaels**
guardian.co.uk, Tuesday 13 December 2011 06.01 EST
Article history




Online storage site Megaupload is threatening to sue the world's largest record company, Universal Music Group. Megaupload claims Universal has filed an erroneous copyright claim against its new music video, which features will.i.am and Kanye West endorsing the service.

There is much to love in the Megaupload Song, unofficial copies of which have attracted thousands of YouTube views. Produced by Printz Board, the track is simple but catchy. Megaupload endorsements by artists including West, Snoop Dogg and Alicia Keys are sampled over an acoustic loop, with vocals by Macy Gray: "M-E-G-A," she sings. "Upload to me today!" There's also a spoken-word hook by will.i.am: "When I got to send files across the globe," he says, "I use Megaupload." Both Gray and will.i.am record for Universal-owned labels.

Megaupload originally posted the song as a YouTube video. But the clip was removed following a Universal copyright claim. Megaupload founder, Kim Dotcom, told Torrentfreak: "Mega owns everything in this video. And we have signed agreements with every featured artist for this campaign.

"They are sending illegitimate takedown notices for content they don't own," Dotcom explained. "They are willfully sabotaging this viral campaign. They own no rights to this content … We reserve our rights to take legal action. But we'd like to give them the opportunity to apologise."

Megaupload is not exactly a friend of the major labels. The Recording Industry Association of America and US Chamber of Commerce have described the Hong Kong-based service as a "rogue website", facilitating music piracy. While Megaupload claims to be committed to copyright, responding quickly to legitimate violations, pirated material is easy to find on the site.

The company insists, however, they – and the Megaupload Song – are

Tweet 62
Recommend 26
reddit this
Comments (3)

A larger | smaller

**Music**
Kanye West · Black Eyed Peas

**Technology**
Filesharing · Internet · Computing · YouTube

**Culture**

**More news**

Related

**12 Dec 2011**
Behind the music: Why won't Grooveshark remove my music?

**12 Dec 2011**
New music: Various artists – Megaupload

**3 Nov 2010**
YouTube removes Awlaki hate videos

**3 Nov 2010**
Ministry of Sound suspends filesharing action

get more into music
YouTube

**On Music**
Most viewed | Zeitgeist | Latest
Last 24 hours




1. Best albums of 2011, No 3: Frank Ocean – Nostalgia, Ultra
2. Mumford & Sons plan 'doom folk' album
3. John Lennon: 'I was sick of White Christmas' – a classic interview from the vaults
4. Best albums of 2011, No 4: Beyoncé – 4
5. For sale: Tony Bennett's nude sketch of Lady Gaga

More most viewed

**Music from the Guardian shop**




**Steepletone Memphis music centre**
Play your cherished vinyl, tapes and CDs, and transfer them to a digital format, **just £149.95**. Accessories: From: £7.95

More music and Guardian reviewed albums
Browse the Guardian reader offers shop

**Buy tickets for top events**

Compare and buy tickets for thousands of events



**Jay-Z**
Sunday, 18 Dec, 2011
Rogers Arena - Vancouver, BC
Book



**Drake**
Thursday, 29 Mar, 2012
Motorpoint Arena - Sheffield
Book



**Drake**
Friday, 30 Mar, 2012

above board. "Regrettably, we are being attacked and labelled as a 'rogue operator,'" said CEO David Robb. "They are wrong ... Efforts to reach out to UMG and open a dialogue ... were answered with unfounded and baseless legal threats and demands for an apology."

Printable version | Send to a friend | Share | Clip | Contact us | Article history





## Ads by Google

**Holiday Inn Express Hotel**
Free Internet & Breakfast Bar. Call 800-261-9168 or book online.
www.hiexpress.com

**Exercise Your Brain**
Games You Didn't Know Existed to Fight Brain Decline and Aging.
www.lumosity.com

**Holiday Inn Hotels**
Book Best Rate at Official Site - Guaranteed! 800-261-9168.
www.HolidayInn.com


## Comments in chronological order (Total 3 comments)

Sign in to comment or create your Guardian account to join the conversation

g Staff
C Contributor

**drumbrake**
13 December 2011 12:20PM

Recommend? (6) | Responses (0) | Report abuse | Clip | Link

The Hong Kong based company which you cannot access from Hong Kong.

**SaberUK**
13 December 2011 12:53PM

Recommend? (11) | Responses (0) | Report abuse | Clip | Link

Hopefully they win and Universal are fined a lot.

The mediacorps deserve the right to take down infringement of work they legitimately own but they rarely care whether what they are sending DMCA takedown notices over their own work or someone elses.

If they were fined heavily every time they took down someone elses work (as the DMCA allows) they would soon learn to be more careful.

**Dzierzega**
13 December 2011 1:36PM

Recommend? (8) | Responses (0) | Report abuse | Clip | Link

The record companies do this all the time. They try to claim ownership of any popular video on YouTube.

Sign in to comment or create your Guardian account to join the conversation

## Related information

Music

4 Oct 2010

Motorpoint Arena - Cardiff
Book

Tickets to more events

Search... Find tickets

Browse tickets

## Guardian music writers on Twitter

Latest news, views and links from the Guardian's music team

**guardianmusic:** John Lennon: 'I was sick of White Christmas' – a classic interview from the vaults http://t.co/UMZTL16m #music
*about 1 day, 6 hours ago*

**guardianmusic:** And at number four in our albums of the year is... http://t.co/3SryAhcx #music
*about 1 day, 8 hours ago*

**LexyTopping:** Northern Soul fans should listen again to @CCfunkandsoul on @bbc6music. Int with Casino's Russ Winstanley http://t.co/VwEllmXl. #music #ktf
*about 1 day, 9 hours ago*

- Find more tweets from our music team
- Follow our music team on a Twitter list
- Find us on Facebook
- Listen to our playlists on Spotify

## Latest reviews

Mercy and Grand: The Tom Waits Project – review
★★★★☆
Gavin Bryars and his 'circus band' celebrate the songs of Tom Waits alongside those of Kurt Weill in a gripping and moving evening, writes **Tim Ashley**

Pahud/Bronfman – review
★★★☆☆

BBCSO/Gardner – review
★★★★☆

Best albums of 2011, No 3: Frank Ocean – Nostalgia, Ultra

LCO/Brunt – review
★★★★☆

More music reviews

## guardianbookshop

### This week's bestsellers




1. **33 Revolutions Per Minute**
by Dorian Lynskey
£17.99
2. **Just Kids**
by Patti Smith £8.99
3. **George Harrison: Living in the Material World**
by Olivia Harrison £26.99
4. **Look I Made a Hat**
by Stephen Sondheim £35.00
5. **Ukulele For Dummies**
by Al Wood £15.99

Search the Guardian bookshop

Search

## Latest artists added to lists

Kanye West · Black Eyed Peas

**Technology**
Filesharing · Internet · Computing · YouTube

**Culture**



**Why can I still watch music videos on YouTube?**
**8 Apr 2009**
Helienne Lindvall: A month after Google said it was taking music videos off YouTube, there are plenty still on the site

ACS:Law: The view from the accused, and the questions in the courts

**19 May 2008**
Viral video warfare

**5 Mar 2009**
Reports: YouTube and Universal teaming up on new music video site

**24 Nov 2007**
YouTube rejects calls to monitor videos



**Google boss: anti-piracy laws would be disaster for free speech**
**18 May 2011**
Eric Schmidt claims search giant would fight attempts to restrict access to sites such as the Pirate Bay. By Josh Halliday

Added by cate89
12 December 2011 04:56PM

**Lana Del Rey**

**List: My favourite new bands**
Take a look at the other artists on this list

Added by cate89
12 December 2011 04:56PM

**Lana Del Rey**

**List: Acts I want to see**
Take a look at the other artists on this list

Find more artist lists from our users

guardianjobs

Find the latest jobs in your sector:

Like 63k Subscribe Industry Tools Newsletters Daily PDF Register Log in




THE Hollywood REPORTER

MOVIES | TV | MUSIC | TECH | THE BUSINESS | STYLE | AWARDS | VIDEO

NEWS | INTERNATIONAL | HOLLYWOOD, ESQ. | LABOR | POLITICS | REAL ESTATE | THE RACE | CHARTS

Hollywood, Esq. *the intersection of entertainment and law*

HOME | POWER LAWYERS




POSTED DEC 12 2 DAYS

# Megaupload Says It Will Sue Universal Music Over Removal of Controversial Video

## UPDATED: A clip of stars such as Will.i.am, Kim Kardashian and Kanye West endorsing the file-sharing site appeared and disappeared mysteriously late last week.

11:44 AM PST 12/12/2011 by Eriq Gardner

SHARE Like 17 Send Tweet 130 +1 1 Comments



Getty Images

Megaupload is threatening to sue Universal Music Group for allegedly sending a takedown notice that resulted in the removal from YouTube of a music video where various superstars endorse the file-sharing platform. '

*Update: The lawsuit has been filed. Here's the complaint.*

Last week, Megaupload shocked the entertainment industry by introducing the "Megaupload Mega Song," from **Will.i.am**, **P Diddy**, **Kim Kardashian**, **Alicia Keys**, **Snoop Dogg**, **Chris Brown**, **Kanye West**, **Lil John**, **Jamie Foxx**, **Mary J Blige**, **Floyd Mayweather**, **The Game** and more. In the video, the stars sing and speak about how much they love Megaupload, which has often been attacked by the MPAA and the RIAA for facilitating piracy.

But the video was quickly removed from YouTube after it was flagged for copyright infringement.

Megaupload says that the takedown notice came from UMG, and tells TorrentFreak that it plans to sue the label.

"Let us be clear: Nothing in our song or the video belongs to Universal Music Group," said

Advertisement




Follow @THResq 4,752 followers

THR, Esq. on Facebook
Like
1,174 people like THR, Esq.
Shaun Minjun Curtis Michael Becky
Facebook social plugin

WEEKEND BOX OFFICE

*For the weekend of 12/09/2011 Source: Rentrak*

1 New Year's Eve



| Weekend | Cume | Week |
|---|---|---|
| $13.7M | $13.7 | 1 |

2 The Sitter

| Weekend | Cume | Week |
|---|---|---|
| $10.0M | $10.0 | 1 |

Megaupload CEO **David Robb**. "We have signed agreements with all artists endorsing Megaupload."

**PHOTOS: Crazy Cases! 18 of Hollywood's Outrageous Entertainment Lawsuits**

UMG didn't immediately respond to our requests for clarification on the material that is in dispute. Some recording artists have broad contracts with their labels that allow the latter to assert some ownership of stars' likenesses in merchandising, but it's unclear the source and basis for the takedown request.

If Megaupload does sue, it will follow others who have found some recent success in pursuing adversaries who have taken copyright claims too far.

The most famous example might be **Stephanie Lenz**, whose video of her toddler dancing to the **Prince** song, "Let's Go Crazy" was removed by YouTube at the behest of Universal. Lenz responded by filing a lawsuit against Universal, and a judge agreed that Universal had a duty to consider "fair use" before sending a takedown notice.

Courts are also starting to explore a legal doctrine known as "copyright misuse."

Last month, for example, a federal judge slapped watchmaker Omega on the wrist for attempting to stop Costco from selling second-hand watches. Omega had argued that engravings on the back of the watches had entitled the company to copyright there, but a court didn't buy it. The judge ruled that the plaintiff had "used the defensive shield of copyright law as an offensive sword" and that "Omega misused its copyright of the Omega Globe design by leveraging its limited monopoly in being able to control the importation of that design..."

All that said, we imagine that the entertainment industry would love nothing more than engaging in a legal fight with Megaupload. The company is based in Hong Kong and has been rather mysterious to the frustration of many entertainment execs who hate the way that popular new movies, music, and TV shows pop up regularly on the site's servers. A lawsuit would provide the opportunity to conduct extensive discovery and potentially litigate various counterclaims.

*E-mail: eriqgardner@yahoo.com*

*Twitter: @eriqgardner*

**PHOTO GALLERY:**

Crazy Cases! 18 of Hollywood's Outrageous Entertainment Lawsuits | VIEW GALLERY




SHARE Like 17 Send Tweet 130 +1 1 Comments

## YOU MIGHT LIKE




America's Most Vicious Gang
(Reader's Digest)



Will.i.am Sends Takedown Notice Over Megaupload 'Endorsement' Video (Exclusive)
(this site)



Controversial Video Shows Superstar Recording Artists Singing the Glories of File-Sharing (Video)
(this site)



Judge Poised to Send Allegations Of Sexual Antics On 'House' Set to Jury (Exclusive)
(this site)

[?]

## THR VIDEOS



| Rank | Title | Weekend | Cume | Week |
|---|---|---|---|---|
| | | $10.0M | $10.0 | 1 |
| 3 | The Twilight Saga: Breaking Dawn Part 1 | $7.9M | $260.0 | 4 |
| 4 | The Muppets | $7.1M | $65.8 | 3 |
| 5 | Arthur Christmas | $6.6M | $33.5 | 3 |
| 6 | Hugo | $6.1M | $33.5 | 3 |
| 7 | The Descendants | $4.8M | $23.6 | 4 |
| 8 | Happy Feet Two | $3.8M | $56.9 | 4 |
| 9 | Jack and Jill | $3.2M | $68.6 | 5 |
| 10 | Immortals | $2.4M | $79.9 | 5 |

More Charts »

The Hollywood Reporter on Facebook
Like

63,088 people like **The Hollywood Reporter**.




Facebook social plugin

MOST COMMENTED | MOST POPULAR

1 SAG Awards Nominations: The Complete List »

2 'The Dictator' Trailer: Sacha Baron Cohen Rei... »

3 Oprah's Big Return to TV Marred by Struggle, ... »


The New Age of Twitter: Should there Be Boundaries?


James Durbin on 'The X Factor'


Robin Thicke: AMAs 2011


James Durbin: AMAs 2011

## THR'S DAILY MUST FEEDS



- Busted! Hollywood's Brushes With the IRS
- Movie Theater Twitter Seats Give You Permission to Bug the Hell Out of Everyone
- Southwest Airlines Boots Music Artist From Plane
- Kardashian's Legal Feud With Nail Polish Company Heats Up
- 'Dark Knight's Gary Oldman On Steve Buscemi Impersonation
- Inside Jerry Rice's $11 Million Mansion
- Kelly Ripa's Special Request to 'DWTS' Derek Hough
- TV's 10 Most Annoying Characters
- 'Young Adult's' Director and Actress' Brave Choice

Advertisement




## COMMENTS

DISQUS

4 Why the SAG Awards Need to Get Serious (Analy... »

5 'The Help' Leads Screen Actors Guild Awards N... »

6 Rooney Mara Can't Shake Lisbeth Salander's 'G... »

7 10 Live Action Short Films Make Oscar Shortli... »

8 Jon Stewart Skewers TLC, Lowe's Over 'America... »

9 Jonah Hill Disgusted With the Kardashians' TV... »

10 Hollywood's Riches to Rags: 18 Stars Who Have... »

## FROM OUR PARTNERS

THE DAILY BEAST

- Holiday Movie Trivia
- Paris Jackson Gives First Solo Interview
- 'The Help' Sweeps SAG Nominations
- Barbara Walters: Can't Trust the Kardashians

THE HUFFINGTON POST ENTERTAINMENT

- Christopher Nolan Reveals 'The Dark Knight Rises' Details
- Michael Jackson's Daughter, Paris, Does First Interview and Talks Wearing Masks
- WATCH: Jay-Z & Kanye Play One Song At Their Concert Ten Times In A Row
- Wedding Bells On 'Glee'?

VULTURE

- R. Kelly Is Hosting His Own Cruise!
- Listen to Cam'ron's Remix of Rihanna's 'We Found Love'
- Enter the Vulture Gift Guide Sweepstakes!
- Watch Patton Oswalt and Jason Reitman Parody an Anti-Texting PSA

TMZ

- Clint Eastwood -- Go Ahead Punk, Make My Reality Show
- Justin Timberlake -- TRASHED By Jessica Biel's Little Brother
- Lindsay Lohan Kills It In Court for Probation Progress Hearing
- Lindsay Lohan Arrives at Court -- I'm Leaving My Boobs in Playboy

Advertisement




## WHAT'S HOT ON THE HOLLYWOOD REPORTER



**Hollywood's Riches to Rags: 18 Stars Who Have...**

Brett Butler and Sly Stone have gone from living in mansions to be... | VIEW GALLERY



**'The Amazing Spider-Man': Andrew Garfield, Em...**

The Marc Webb directed 3D reboot is set to hit theaters July 3, 20... | VIEW GALLERY



**19 of Hollywood's All-Time Shortest Marriages**

After just 72 days as man and wife, Kim Kardashian and Kris Humphr... | VIEW GALLERY



**'We Bought a Zoo' Premiere Red Carpet Arrival...**

It wasn't so much a zoo as a circus on the red carpet outside of... | VIEW GALLERY

THE Hollywood REPORTER

©2011 The Hollywood Reporter.
All rights reserved.

Terms of Use | Privacy Policy

About Us
Subscription Options
FAQs
Advertising
Contact Us
Entertainment News RSS

Follow us on TWITTER
Find us on FACEBOOK
Watch us on YOUTUBE
Visit our partner HOLLYWOOD CHAMBER OF COMMERCE

Our affiliate publications
Billboard
BACK STAGE
ADWEEK






SUBSCRIBE NOW FOR JUST $12

POSTED DEC 12 2 DAYS

# Will.i.am Sends Takedown Notice Over Megaupload 'Endorsement' Video (Exclusive)

2:07 PM PST 12/12/2011 by Eriq Gardner

SHARE Like 16 Send Tweet 180 +1 0 Comments



Late last week, a surprising music video was released that featured many superstar recording acts and other celebrities endorsing Megaupload, a video-hosting website that is near the top of the enemy's list for many in the entertainment industry. The video soon was removed from YouTube after a takedown notice was sent, prompting Megaupload to sue Universal Music for copyright misrepresentation.

We've confirmed that UMG did flag the "Megaupload Mega Song" for copyright abuse. But the label wasn't the only entity to complain to YouTube. Turns out that some of the stars of the video were unhappy about having their likenesses and performances used by the company in the music video. One of those artists, **Will.I.Am**, also sent YouTube a takedown request.

**PHOTOS: Crazy Cases! 18 of Hollywood's Outrageous Entertainment Lawsuits**

Did Megaupload splice together the endorsements of various stars, including **Sean "Diddy" Combs** and **Kim Kardashian**, without their knowledge? Hmmm...

On Friday, the removal of the "Megaupload Mega Song" quickly became a trending topic on Twitter. Megaupload, a Hong Kong-based entity that recently was a target of an anti-piracy advertisement by the entertainment lobby, took the opportunity to play victim.

"Let us be clear: Nothing in our song or the video belongs to Universal Music Group. We have signed agreements with all artists endorsing Megaupload," Megaupload CEO **David Robb** told TorrentFreak. ""Regrettably, we are being attacked and

## OUR EDITOR RECOMMENDS


Megaupload Says It Will Sue Universal Music Over Removal of Controversial Video »


Will.i.am Joins 'The Voice' U.K. as Coach »


Kim Kardashian Heads to Haiti for Charity »

Advertisement
Canon

Follow @THResq 4,752 followers

THR, Esq. on Facebook
Like
1,174 people like THR, Esq.
Curtis Robert Ashley Becky Minjun
Facebook social plugin

## WEEKEND BOX OFFICE

*For the weekend of 12/09/2011 Source: Rentrak*

1 New Year's Eve



| Weekend | Cume | Week |
|---|---|---|
| $13.7M | $13.7 | 1 |

2 The Sitter

| Weekend | Cume | Week |
|---|---|---|
| $10.0M | $10.0 | 1 |

labeled as a 'rogue operator' by organizations like the RIAA and the MPAA."

Universal has confirmed for us that a takedown request was made over an unauthorized performance of one of its artists, Gin Wigmore. But we've also learned that **Ken Hertz**, attorney for Will.I.Am, also filed a takedown request last week with YouTube.

What's going on here?

Hertz says that like many of the artists who appear in the video, his client had never consented to the "Megaupload Mega Song."

UMG echoes that sentiment. "This is an on-going dispute that surfaced several weeks ago with respect to the unauthorized use of a performance from one of our artists," a UMG spokesperson tells us. "We heard from a number of our other artists and their representatives who told us they've never consented to being portrayed in this video."

But Megaupload attorney **Ira Rothken**, who filed a lawsuit against UMG today, says Will.i.am and other artists *did* consent to their use: "UMG didn't do proper due diligence before sending the takedown notice....And each of the other artists, including Will.i.am signed


**PHOTO GALLERY:**

54th Annual Grammy Nominees: Kanye West, Adele, Bruno Mars, Rihanna, Katy Perry | VIEW GALLERY





KIM KARDASHIAN | SEAN 'DIDDY' COMBS | WILL.I.AM

SHARE | Like 16 | Send | Tweet 180 | +1 0 | Comments

YOU MIGHT LIKE










| Rank | Title | Weekend | Cume | Week |
|---|---|---|---|---|
| 3 | The Twilight Saga: Breaking Dawn Part 1 | $7.9M | $260.0 | 4 |
| 4 | The Muppets | $7.1M | $65.8 | 3 |
| 5 | Arthur Christmas | $6.6M | $33.5 | 3 |
| 7 | The Descendants | $4.8M | $23.6 | 4 |
| 8 | Happy Feet Two | $3.8M | $56.9 | 4 |
| 9 | Jack and Jill | $3.2M | $68.6 | 5 |
| 10 | Immortals | $2.4M | $79.9 | 5 |

More Charts »


FROM THE GALLERIES



Congratulations to Jeannie Berlin for "Margaret" (2011)
starring ANNA PAQUIN J. SMITH CAMERON JEANNIE BERLIN ALLISON JANNEY MATTHEW BRODERICK MARK RUFFALO and MATT DAMON
written and directed by KENNETH LONERGAN released by FOX SEARCHLIGHT PICTURES
Contact Maria Calabrese, MC²entertainment 818-758-9353 Info@mcsquaredentertainment.com



The Artist — SCREEN ACTORS GUILD NOMINATIONS INCLUDING BEST ENSEMBLE CAST · BEST ACTOR · BEST DIRECTOR — EXPAND FOR VIDEO



Music News

Posted: Tue., Dec. 13, 2011, 6:30pm PT

Share Print

# Online music site sues Universal Music Group

## Megaupload claims UMG censoring artists with takedown request

By TED JOHNSON

Online storage service Megaupload filed suit against Universal Music Group, claiming that the music giant abused copyright law in an effort to get a promotional video removed from YouTube in which artists like Kanye West, Mary J. Blige, Alicia Keys and Chris Brown appear to endorse the company.

The lawsuit is being used by critics of anti-piracy legislation in Congress to show the overzealousness of content companies even when it comes to existing copyright laws. Megaupload is a frequent target of studios and record labels, and appeared on an MPAA list of "notorious" foreign websites that routinely host pirated movies and music for download.

The suit, filed in U.S. District Court in San Jose, claims that after Megaupload unveiled its promotional video, called "Megasong," UMG issued a takedown notice to YouTube, claiming copyright infringement and asking it to remove the video. Under the terms of the Digital Millennium Copyright Act, user-generated sites like YouTube can gain "safe harbor" from infringement claims if they take down the material quickly when getting a notice from a copyright holder.

Megaupload claims that all of the performers and industry figures in its video -- which also included Will.i.am, Sean Combs, Jamie Foxx and Brett Ratner -- executed "full releases of any intellectual property rights" to the video, including the use of their likeness. UMG disputes this claim and said it had complaints from some of its artists.

UMG's "acts in filing improper DMCA notices to materially cause Internet intermediaries such as YouTube to take down the Megaupload song video has cause Megaupload substantial injury and money damages," the company said in its suit. "Indeed, it appears as though UMG permits recording artists to exercise their views and free speech only when UMG agrees with such speech."

A spokesman for UMG said the case is "an on-going dispute that surfaced several weeks ago with respect to the unauthorized use of a performance from one of our artists. We heard from a number of other artists, and their representatives, who told us that they never consented to being portrayed in this video. As a result, at least one of them has already sent a takedown notice for the unauthorized use." A source said that the artist was Will.i.am.

Attorney Ira Rothken, who filed the suit on behalf of Megaupload, said that the company "stands by the notion that they got breathtakingly broad releases from each of the folks who appear in the music video. We believe that UMG's argument is demonstrably false."

Rothken added that the company had "a very broad agreement with Will.i.am to use his statements in the context of that music video."

Meanwhile, supporters and opponents continued their flurry of lobbying activity in advance of a Thursday vote by the House Judiciary Committee on a controversial anti-piracy bill.

Even though one of its key supporters, Rep. Lamar Smith (R-Texas) unveiled a series of changes on Monday designed to win over skeptics to some of its provisions, the Internet lobby again came out against it. The NetCoalition, which includes Google, Facebook and Twitter, said that the changes "create new problems in other places and fails to correct some of the original concerns we have raised since the start of the debate," in the words of the coalition's executive director, Markham Erickson. A more dramatic protest against the legislation could come from Wikipedia. Its founder, Jimmy Wales, posted a message on the site asking users whether they should stage a "blackout" to send a message in opposition to the legislation.

But MPAA chairman Chris Dodd, appearing at an event at the Center for American Progress,



-- Advertisement --


-- Advertisement --


compared the debate over the legislation to the "misinformation" that surrounded the debate over healthcare reform and Wall Street reform. He said that "misinformation -- spread both knowingly by those who have a financial interest in the status quo and by those who are well-intentioned and misled -- threatens to derail much needed reform."

"Hollywood is pro-Internet," he said. "We stand with those who strongly oppose foreign governments that would unilaterally block websites, and thus deny the free flow of information and speech. So I want to make it clear right at the outset that our fight against content theft is not a fight against technology. It is a fight against criminals."

Contact Ted Johnson at ted.johnson@variety.com

©2011 DISNEY www.WaltDisneyStudiosAwards.com

VARIETY CONFERENCES

Content Protection Summit
December 8, 2011
Hilton Los Angeles, Universal City, CA

*Variety* Entertainment Summit at CES
January 11, 2011
Las Vegas Convention Center, Las Vegas, NV

View all Conferences and Events

GUEST, HERE ARE OTHER ARTICLES RECOMMENDED FOR YOU...

'Help,' 'Artist' lead SAG race

GIGAOM EVENTS GIGAOM.TV PRO RESEARCH

HOME APPLE BROADBAND CLEANTECH CLOUD COLLABORATION MOBILE VIDEO

michaelwolf: Good 2 see Beast spending discretionary ad-dollar allowance Mark gives him @ FB. Some call that eating ur own dog food http://t.co/h1hDxL5U

Instant search

# Universal: Artists didn't consent to Megaupload video

By Janko Roettgers | Dec. 12, 2011, 2:49pm PT | 1 Comment

Tweet 59 Share 11 Like 10 +1 4




The brouhaha around Megaupload's viral music video continues this week, with Universal Music (UMG) now claiming that several of its artists didn't consent to being used in the video. Megaupload is disputing these claims in a lawsuit it filed in federal court today.

A Universal spokesperson sent us the following statement via email:

> "This is an on-going dispute that surfaced several weeks ago with respect to the unauthorized use of a performance from one of our artists. We heard from a number of our other artists (and their representatives) who told us they've never consented to being portrayed in this video. As a result, at least one of them has already sent a takedown notice for this unauthorized use."

The controversial Hong Kong-based file hoster released a music video featuring endorsements of numerous well-known pop stars and celebrities late last week. The video, which included appearances by Kanye West, Ciara, will.i.am, Kim Kardashian and Serena Wiliams, was taken down from YouTube just hours after it became popular on the site. Megaupload then filed a counter-notice, to which YouTube responded by reinstating the video. This move was quickly followed by another take-down notice, resulting in the video disappearing again.

Megaupload proceeded to file a lawsuit (PDF) against Universal in a US District Court today, seeking an injunction against the record label as well as damages. In the lawsuit, it states that all of the artists involved in the production of and shown in the video "executed full releases of any intellectual property rights to the promotional video, including use of likeness and promotional rights." The lawsuit also alleges that this is merely an attempt to control what artists can and can't endorse: "It appears as though UMG permits recording artists to exercise their views and free speech only when UMG agrees with such speech," it states.

**Related research and analysis from GigaOM Pro:**
Subscriber content. Sign up for a free trial.

- Connected world: the consumer technology revolution
- NewNet Q3: Facebook remakes headlines in social media
- The future of mobile: a segment analysis by GigaOM Pro

If you like this story, please share it

Tweet 59 Share 11 Like 10 +1 4




Janko Roettgers



@jtoeman Yeah, I probably should have mentioned that her sister was a few miles away... :)

JANKO'S POSTS

Why Hulu is doubling down on its Latino audience

Universal: Artists didn't consent to Megaupload video

Sign up to get news!

Your Email Address SUBSCRIBE

Like 14k

RESEARCH AND ANALYSIS









COPYRIGHT






## GIGAOM PRO

A field guide to cloud computing: current trends, future opportunities...
Infrastructure

Opportunities for the future of batteries...
Green IT

Putting Big Data to Work: Opportunities for Enterprises...
Infrastructure

## GIGAOM TV

More Video »



NOW PLAYING

Gracenote's second screen content recognition

Gracenote President Stephen White gives us a demo of the company's yet-to-be...



## MEET THE EDITORS



## Comments 1

Feedback

Welcome, join the conversation

SUBMIT

Displaying 1 of 1 comments. View all comments »



Brianary

Tuesday, December 13 2011

Isn't news-gathering and political discourse protected from infringement claims? With SOPA and PROTECTIP and constant claims of scrillions of dollar losses, maybe there's a defense on these grounds.

*Reply* or *Share*

Displaying 1 of 1 comments. View all comments »

Join the conversation









NEWS FROM **The Street**

**Safety Board Recommends Cellphone Ban While Driving**

**Yahoo! Needs to Update Shareholders**

**Apple Would Be Wise to Flash Its Cash**

**Cramer: Be Bullish on Tech Stocks, Selectively**








# Across *the* Network




Apple

FitRAIL review: Get an early start on that New Year's resolution




Cleantech

First Solar slashes forecast, staff & plans to flee subsidized markets




Broadband

Go, go physics! Huawei tests gigabit DSL




Open Source

Chrome 16 Delivers Flexible Authentication and Sync Services




Cloud

Microsoft brings SkyDrive to iPhone (or vice versa)




Collaboration

Virtual is killing business travel? 'Awesome,' say execs.

© 2011 GigaOM

Privacy Policy Terms and Conditions About Editorial Team Media Kit Contact

Powered by WordPress.com VIP

Read more in GigaOM

The Indian web and mobile markets by the numbers




boingboing FEATURES REVIEWS VIDEO SCIENCE GWEEK SHOP ARCHIVE SUBMIT MORE SEARCH

# Megaupload will sue Universal

By Cory Doctorow at 9:14 am Tuesday, Dec 13

Megaupload is still fuming that Universal Music Group made repeated false copyright claims to YouTube about a video that major recording artists made in support of the service, which the major labels have branded "rogue" and have cited in their fight to pass the Stop Online Piracy Act. Megaupload is suing Universal and will devote its energy to fighting SOPA: '"We thank everyone for the massive support. Let's join forces and fight for an Internet without censorship. Stand up and oppose new laws like SOPA and PIPA, which are being written this month in Washington," says Mega CEO David Robb.'

Tags: censorship, Copyfight, law, sopa, video, web theory, youtube

SHARE THIS +1 1 Like 4 Tweet 40 reddit



CORY DOCTOROW
**Upcoming appearances**

* Dec 27-30, Berlin, 28C3, the Chaos Computer Club Congress
* Jan 18, 2012, London: Forum for the Future lunch talk (TBD)

**Recent books:**
* Context (essays)
* With a Little Help (short stories)
* For the Win (YA novel)
* Makers (adult novel)

← Previous post! Next post! →

BOING BOING SHOP




Cassette Tape Measure




E.T. - The Extra-Terrestrial




FingerPrint Bookmark




And Another Thing - Stamp

Where not otherwise specified, this work is licensed under a Creative Commons License permitting non-commercial sharing with attribution. Boing Boing is a trademark of Happy Mutants LLC in the United States and other countries.



















Gweek 030: Supergods, Mutants, and Mystics




Patry's *How to Fix Copyright*: deftly argued, incandescent book on the evidence-free state of copyright law



*Rumpole at Christmas*: curmudgeonly stories for a heartwarming holiday










← THIS IS AN AD
THIS IS THE HARD-WORKING STAFF ↓

Jason Weisberger
Publisher-at-Large

Ken Snider




Sysadmin

Dean Putney
Developer

Antinous
Lead Moderator

Avram & Felton
Moderators

Eric Mittleman
Video Editor

Terry Thurlow
Finance

Ed Szylko
Insurance

John Battelle
Partner

## Future of Science 2021




"A Multiverse of Exploration: The Future of Science 2021" map from Institute for the Future.

Posted by David — Comment

FOLLOW US: TWITTER AND FACEBOOK
SUBSCRIBE: DAILY EMAIL AND RSS
CONTACT US • FAQ • POLICIES

ADVERTISEMENT
THE HD 598 from SENNHEISER [LEARN MORE] SENNHEISER
subscribe to WIRED TABLET ACCESS INCLUDED! SUBSCRIBE RENEW GIVE A GIFT INTERNATIONAL FREE GIFT!



# THREAT LEVEL

PRIVACY, CRIME AND SECURITY ONLINE

PREVIOUS POST NEXT POST

## Megaupload Sues Universal Over 'Sham' YouTube Takedown

By David Kravets | December 13, 2011 | 5:39 pm | Categories: The Ridiculous, intellectual property
Follow @dmkravets 2,847 followers




Universal Music is being hit with a federal lawsuit accusing it of abusing copyright law to force YouTube to remove a video of popular hip-hop stars — including Kanye West — singing the praises of the popular file-sharing site Megaupload.

YouTube last week dropped the 4-minute video, produced by the Hong Kong file-sharing service Megaupload, after having received two takedown notices under the Digital Millennium Copyright Act. The suit comes days ahead of a House Judiciary Committee hearing about the proposed Stop Online Piracy Act, which many complain gives rights holders too much power to censor websites that promote online infringement.

Ira Rothken, Megaupload's attorney, said in a telephone interview Tuesday that Universal engaged in a "sham" takedown to prevent pop stars from applauding a file-sharing service that the music labels complain is a vehicle for rampant and unauthorized music downloading. The site boasts 50 million users daily.

"How can you claim a copyright in a performance of artists singing that they love Megaupload?" Rothken asked. "It doesn't pass the giggle test. It's a sham."

Online service providers like YouTube lose their legal immunity for their users' actions if they don't

CORNING Gorilla Glass
Corning® Gorilla® Glass. Featured on millions of the world's coolest smartphones.
IS IT ON YOURS?

SUBSCRIBE TO WIRED MAGAZINE

FREE GIFT! subscribe to WIRED TABLET ACCESS INCLUDED!
Subscribe to WIRED
Renew
Give a Gift
International Orders

EDITORIAL TEAM

Editor: Ryan Singel | E-mail | Twitter
Senior Writer: San Francisco David Kravets | E-mail | Twitter | Website
Senior Writer: San Francisco Kim Zetter | E-mail | Twitter
Contributor & Co-founder: Kevin Poulsen | E-mail | Twitter
Contributor: Quinn Norton | E-mail | Twitter
Contributor: Berlin John Borland | E-mail
Contributor: New Zealand Juha Saarinen | E-mail | Twitter

Send us a tip

BOOKS



Online service providers like YouTube lose their legal immunity for their users' actions if they don't remove allegedly infringing content if asked to by rights holders. If the content is not removed, the ISP could be held liable for damages under the Copyright Act, which carries penalties of up to $150,000 per violation.

Universal said the first takedown notice was intended to protect the rights of one of its musicians. Megaupload's attorney, however, says New Zealand songwriter-singer Gin Wigmore isn't even in the video.

"They were claiming she was in the video when she wasn't," Rothken said.

In a statement, Universal said:

> This is an on-going dispute that surfaced several weeks ago with respect to the unauthorized use of a performance from one of our artists. We heard from a number of our other artists (and their representatives) who told us they've never consented to being portrayed in this video. As a result, at least one of them has already sent a takedown notice for this

Rothken said everybody in the video, which among others includes Ciara, Kim Kardashian and Serena Williams, provided Megaupload with written permission.

"There's agreements signed by each of the stars," Rothken said.

Rothken, who is seeking unspecified damages, is demanding a judge order YouTube to restore the video.

*Note: The embedded video above was uploaded to YouTube by a user after the takedowns and so far seems to have escaped notice.*

**PREVIOUSLY** YOU MIGHT LIKE Related Links by Contextly

- Anti-Gay-Rights Group Gets MSNBC Clip Pulled From YouTube



- YouTube to McCain: You Made Your DMCA Bed, Lie in It



- Viacom Says YouTube Ruling Will 'Completely Destroy' Copyright



- The $105 Fix That Could Protect You From Copyright-Troll Lawsuits

KINGPIN, by Kevin Poulsen
Available Now

Wired on Facebook
Like

323,373 people like Wired.




Facebook social plugin

Many million +dollar settlements against Kaiser. Call: 888-421-8300 - www.BostwickFirm.com

Online Legal Software
Run Your Practice Anytime Anywhere Try Firm Manager Free. Sign Up Now! - www.FirmManager.com

Medical Negligence Lawyer
Free Case Evaluation with a Local Lawyer. Call Our Helpline Today! - www.InjuryHelpLineLawyer.com

Ads by Google

replay

IBM Hosted Vulnerability Management Service

How are you handling your company's security?

Follow us

SERVICES

Subscription: Subscribe | Give a Gift | Renew | International | Questions | Change Address

get more into music YouTube

# Will.I.Am, Diddy Shut Down Megaupload Video on YouTube

Hosting service may have used footage of artists endorsing their product without permission





Will.i.am speaks at SpikeTV's Video Game Awards in Los Angeles.

Mark Davis/Getty Images

*By* **MATTHEW PERPETUA**

DECEMBER 12, 2011 6:45 PM ET

A video featuring footage of stars such as **Will.I.Am**, Sean "Diddy" Combs and Kim Kardashian appearing to endorse the music and video hosting site Megaupload **has been removed from YouTube** following a number of take-down notices sent by Universal Music Group and some of the stars themselves. It appears that the video, known as the "Megaupload Mega Song," may have been put together without any of the stars' knowledge or permission.

Despite take-down requests from several of the clip's celebrities, the Hong Kong-based Megaupload has insisted that everything about the video is above-board. "Let us be clear: Nothing in our song or the video belongs to Universal Music Group. We have signed agreements with all artists endorsing Megaupload," Megaupload CEO David Robb told TorrentFreak. "Regrettably, we are being attacked and labeled as a 'rogue operator' by organizations like the RIAA and the MPAA." The site was recently blamed for billions in lost earnings in **an ad campaign** by the entertainment industry lobbying group Creative America.

**Photos: Random Notes**

Megaupload attorney Ian Rothken filed a lawsuit against UMG earlier today claiming that Will.I.Am and the other artists in the clip did consent to endorsing their service and appearing in the video. "UMG didn't do proper due diligence before sending the takedown notice," Rothken writes. "Each of the other artists, including Will.I.Am, signed a broad written agreement allowing the use of their likeness and their statements in the context of the video."

To read the new issue of *Rolling Stone* online, plus the entire RS archive: **Click Here**

ADVERTISEMENT




STAY CONNECTED

Sign up to get Rolling Stone's daily newsletter.

Enter email address SUBMIT

## MOST POPULAR

MUSIC | POLITICS | PHOTOS | VIDEOS


Metallica Wrap Up 30th Anniversary Shows With Monster Sets, Special Guests


Metallica's 30th Anniversary Residency Includes Rarities, Curve Balls

ADVERTISEMENT

INTRODUCING ROCK 'N' ROLL'S ONLY WINE CLUB
Rolling Stone Wine Club
The Perfect Holiday Gift!



THREE BOTTLES FROM OUR AWARD-WINNING CALIFORNIA VINEYARD SHIPPED TO YOU QUARTERLY.
JOIN TODAY - MEMBERSHIP ONLY $39.95
RollingStoneWineClub.com

## PHOTOS & VIDEOS



‹ Amy Winehouse's Father Opposes Biopic | MUSIC MAIN | Black Keys: Why We Won't Stream 'El Camino' ›



Random Notes: Hottest Rock Pictures

## INSIDE ROLLING STONE



MUSIC
Black Keys Show Off a Decade of Hard Work



MOVIES & TV
Off the Cuff: When Jason Segel Met Kermit



POLITICS
The GOP's Crackpot Agenda



VIDEOS
RS Live: Jimmy Cliff Sings Reggae Classics



Video: Video Premiere: Danny Brown's 'Monopoly'



Gallery: Rockers Dressed as Santa Claus

## MORE FROM ROLLING STONE

- Steven Adler on a Guns N' Roses Hall of Fame Reunion: 'My Toes Are Crossed!'
- "Unexplainable" Photo Snapped at Jim Morrison's Grave
- Tony Bennett's Nude Sketch of Lady Gaga Up for Auction
- The Great American Bubble Machine
- Sasha Grey, The Dirtiest Girl in the World: The Story Behind the Story

## FROM AROUND THE WEB


- 10 Celebrities Who Have Battled Depression - ThirdAge
- Barefaced Beauty - Jessica Alba Without Makeup - StyleBistro
- These 4 Things Happen Right Before a Heart Attack - Newsmax.com
- New Evidence Why You Should Stop Smoking - Lifescript.com

[what's this]

Sponsored Links Buy a link here

Cigna Health Insurance
Insurance For Early Retirees. Easy to Quote. Apply Online.
Cigna.com/early-retirees

53 Year Old Mom Looks 33
The Stunning Results of Her Wrinkle Trick Has Botox Doctors Worried
www.consumerproducts.com

Flu Symptom Treatment
Looking For Flu Symptom Relief? Try Theraflu®. Get $3 Off Coupon!
Theraflu.com


## ADD A COMMENT

Login with Facebook in order to comment | Login with Facebook

Type your comment here.

Community Guidelines »

## BEST-EVER LISTS




MORE LISTS

- 100 GREATEST GUITARISTS
- 100 GREATEST SINGERS
- 500 GREATEST ALBUMS
- 500 GREATEST SONGS
- 100 BEST ALBUMS OF THE 2000S
- 100 GREATEST BEATLES SONGS

Sort by: Most Recent

## COMMENTS

**Chris Tollman** | Less than a minute ago REPLY

It's likely the labels coerced Diddy and will.i.am to issue takedown notices or else lose their contracts... they certainly don't look like they're inadvertently endorsing Megaupload. If Megaupload is smart they have their side legally locked up tighter than a vault.

**Justin Baker** | 9 hours, 24 minutes ago REPLY

If they have such a problem with this then why were they ever even endorsing Megaupload? Seems pointless for them to endorse it if they still have the mindset of sue sue sue. People like diddy and will.i.am should not even be part of this type of debate. They're not artists, just people trying to make money off idiots willing to buy their so called "art". They can't understand the idea of being a part of something and not somehow being able to copyright it and make money from it. Truest form of artist. Money, money, money...

null | 9 hours, 36 minutes ago

REPLY

according to the DMCA a copyright holder/ or his duly appointed agent must declare

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

the question shouldn't be did will i am give permission to " put together " his words to create the song

but does will.i.am have the legal copyright ownership to make a valid takedown notice.

Deliberately perjuring yourself to abuse a process that is supposed to only apply copyright infringement to handle an issue that should be handled by the courts is dirty pool at best
and a crime worthy of jail time at the worst.

**CHANNELS**
Music
Movies
Politics
Artists
Photos
Videos

**FOLLOW US**
Facebook
Twitter
YouTube
RSS
Foursquare
Tumblr

**SUBSCRIBE**
Subscribe
Give A Gift
Back Issues
Customer Service
RS All Access
Magazine Covers

**ADDITIONAL**
Advertise
Contact
Privacy Policy
Terms of Use
Sitemap

Rolling Stone Us Men's Journal

**Wenner Media Websites:** Rolling Stone | Us Weekly | Men's Journal | Jann S. Wenner

COPYRIGHT ©2011 ROLLING STONE; JANN S. WENNER, EDITOR AND PUBLISHER