IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAUPLOAD LTD., <br><br> Plaintiffs,[1] <br><br> v. <br><br> UNIVERSAL MUSIC GROUP, INC. and DOES 1 to 100, inclusive, <br><br> Defendants. | No. C 11-6216 CW <br><br> ORDER REGARDING PLAINTIFF'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING (DOCKET NO. 5) |

Plaintiff Megaupload has submitted an ex parte application for a temporary restraining order barring Defendant Universal Music Group, Inc., its officers, agents, servants, employees, and attorneys, and "all persons in active concert or participation with them," and anyone who receives actual notice of the temporary restraining order from, among other things, (1) attempting to bar the distribution, hosting, linking, or display of the Megaupload Video at issue in this case; (2) submitting or advancing any "takedown notices" under the Digital Millennium Copyright Act; or

---

[1] The caption Plaintiff's complaint erroneously indicates that there plaintiffs in this action.

(3) declining any request by Megaupload to withdraw any takedown notices with respect to the Megaupload video.

The Court will defer ruling on Plaintiff's application until Defendant UMG has an opportunity to respond. Defendant UMG may submit an opposition on or before December 15, 2011.

IT IS SO ORDERED.

Dated: 12/14/2011

CLAUDIA WILKEN
United States District Judge