MUNGER, TOLLES & OLSON LLP
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

MUNGER, TOLLES & OLSON LLP
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
UNIVERSAL MUSIC GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAUPLOAD LTD.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, INC.,<br><br>　　　　　Defendant. | CASE NO.  C-11-6216 CW<br><br>**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Judge:      Honorable Claudia Wilken |

I, Kelly M. Klaus, declare:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendant Universal Music Group, Inc. ("Universal").  I make this declaration in support of Universal's Opposition to Plaintiff's Application for a Temporary Restraining Order ("TRO").  The contents of this declaration are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. Attached as Exhibit 1 is a true and correct copy of an article entitled, *The "Mega" Sites: Bigger Than Facebook*, Forbes (Nov. 16, 2009), printed from the following website: www.forbes.com/forbes/2009/1116/outfront-technology-online-piracy-copyright-megavideo.html.

3. Attached as Exhibit 2 is a true and correct copy of the Westlaw printout of an order entered in the matter captioned *Perfect 10, Inc. v. Megaupload Limited*, No. 11-CV-0191 IEG, 2011 WL 3203117 (S.D. Cal. July 27, 2011).

4. Attached as Exhibit 3 is a true and correct copy of the district court's October 11, 2011 Order Granting Joint Motion to Vacate Order in the *Perfect 10, Inc. v. Megaupload Limited* matter.

5. Attached as Exhibit 4 is a true and correct copy of a December 14, 2011 letter from me to Lance Kavanaugh, Director, Legal, YouTube.  I sent a copy of the letter by email transmission for delivery to Mr. Kavanaugh in care of the email address of Julie J. Martin in the Legal/Privacy department at YouTube.

6. Attached as Exhibit 5 is a true and correct copy of a printout of the page from YouTube at the URL www.youtube.com/watch?v=Y8aUCnyKH2U.  I watched the video in the evening of December 14, 2011, and again in the afternoon of December 15, 2011.  The video posting is the Video at issue in this lawsuit.

7. Attached as Exhibit 6 is a true and correct copy of a printout of the page from the website, "vimeo.com," at the URL http://vimeo.com/33425414.  I watched the video in the evening of December 14, 2011, and again in the afternoon of December 15, 2011.  The video posting is the Video at issue in this lawsuit.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct and that this declaration was executed this 15th day of December, 2011, at Los
3  Angeles, California.

*/s/ Kelly M. Klaus*
KELLY M. KLAUS