# Exhibit 1



Help | Login | Signup
Subscribe to Forbes
Make Forbes.com My Home Page
Bookmark This Page

**Forbes.com**

U.S.    EUROPE    ASIA

Home Page for the World's Business Leaders

Search

Free Trial Issue

Stock Quote

Home | Business | Investing | **Technology** | Entrepreneurs | Op/Ed | Leadership | Lifestyle | Lists

CIO Network | Data Driven | Gear | Green Tech | Human Ingenuity | Innovation | Intelligent Tech | Mobile | On Demand | Security | Social Media | Techonomy

OutFront
# The "Mega" Sites: Bigger Than Facebook
Andy Greenberg, 10.29.09, 10:20 AM EDT
Forbes Magazine dated November 16, 2009

**How piracy pushed two unknown music and video sites into the Internet's major leagues.**


*Why pay for cable? TV's "Mad Men" is available.*

The name Carpathia Hosting hardly seems to belong on a list of Internet heavyweights that includes YouTube, **Google** ( GOOG - news - people ) and **Yahoo** ( YHOO - news - people ). But last month Internet research firm Arbor Networks and the University of Michigan released a bandwidth usage study reporting that the little-known Web hosting firm generated 0.6% of all online traffic in July. That's twice as much as the bandwidth consumed by Facebook and half as much as is used by all of **Microsoft** ( MSFT - news - people )'s Internet properties combined, including Hotmail and Bing.

The source of Carpathia's booming popularity? Arbor researcher Craig Labovitz points to a new set of customers that switched to the hosting service a year ago and caused its traffic to jump a hundredfold. They include Megavideo.com, Megaupload.com, Megarotic.com, Megaclick.com and other "mega" sites. "*Forbes* readers probably haven't heard of them," says Labovitz. "Almost every teenager has."

That's because the user-generated sites, particularly Megavideo and Megaupload, have become the digital equivalent of the Somalian coastline in the fight against online piracy. Together they offer, at no cost, practically every popular television series episode by

**Article Controls**
✉ EMAIL
🖨 PRINT
📄 REPRINT
✏ NEWSLETTER
⊞ SHARE





**Free Trial Issue**
Name
Address
City
State    Zip
Email



episode (*Mad Men*, for example), music albums (such as Jay Z's *The Blueprint 3*) and films including several still in theaters, such as *Where the Wild Things Are* and *Zombieland*.

Hollywood, needless to say, isn't a fan. The Motion Picture Association of America describes Megavideo and Megaupload as copyright scofflaws and said that they host illegal content "at their own peril."

Maybe, but these sites, registered in Hong Kong, seem to know how to avoid lawsuits. They are following at least the letter of the Digital Millennium Copyright Act, removing infringing

material at the copyright holder's request.

But at the same time the Mega sites pay users to post popular content--every one million views of such material is worth $1,500. That means that after a hit movie or album is removed, it's often posted again within days and linked to by sites like Quicksilverscreen.com or Filestube.com that catalog the pirated content. The Mega sites say they don't pay for copyrighted material. But by our count, the movie *District 9* was uploaded to Megavideo at least 127 times and removed at least 89 times. The Megas' revenue comes from selling ads and from $60 memberships that make users eligible for the paid uploads and viewings beyond a 72-minute time limit.



**Complete Contents**
**The $10 Phone Bill**
**Online Fraud: How To Protect Yourself**
**Look Who's Hiring Now**
**America's Largest Private Companies**
**Complete Contents**

**Other Publications**
**Forbes Asia Magazine**
**ForbesLife Magazine**

Megaupload.com was registered in 2005 to Kim Schmitz, the name of a German hacker who, since the mid-1990s, has been convicted in Germany for computer fraud and, in another case, insider trading. Megaupload's registration has since been changed to remove Schmitz's name. In an e-mail Megaupload and Megavideo spokesperson Bonnie Lam denied any connection to Schmitz and wrote that the Mega sites don't tolerate copyright infringement.

She declined to discuss revenue, but a note on the sites says that they make "just enough to pay for bandwidth and coffee." Given their ballooning traffic, they may have to cut back on coffee.

**Megabandwith**

Since the "Mega" sites moved to Carpathia Hosting, its traffic has soared into the realm of Web giants.





**Build A Website (Free)** www.Homestead.com
Build A Website In Minutes. Award Winning Software & Service. Free!

**Room Addition Contractor** CaConstructionCenter.com
Need more space? add a room Now Free 3D Design call 1-800-372-4080

**10 Stocks to Hold Forever** www.StreetAuthority.com
Buy them, forget about them, and never sell them.

**Fool Dividend Stocks** Fool.com
High Yielding Stocks cover range of industries. Solid Growth Stocks!

AdChoices



**Most Popular**

1. **If I Were A Poor Black Kid** | blog
2. **Time's Person of the Year: 'The Protester'** | blog
3. **Five New Management Metrics You Need To Know** | blog
4. **Top Ten Best Christmas Movies Of All Time** | blog
5. **The Real Story Behind Apple's 'Think Different' Campaign** | blog
6. **5 Ways To Spot A Bad Boss In An Interview** | blog
7. **The Best Free Albums of 2011** | blog
8. **America's 20 Top Colleges** | blog
9. **Elizabeth Taylor Auction Shatters Records, Fetches Nearly $116 Million** | blog
10. **The Top 5 Ski Resorts in the United States** | blog

**Most Commented**

**More >**


Samsung's 20nm class DDR3 and SSD
Calculate your savings
SAMSUNG

**Special Offer: Free Trial Issue of Forbes**

**2011's Best Web Hosts** www.Consumer-Rankings.com
Web Hosting Prices, Reviews & Ranks Which Web Host Fits You Most?

**The Rackspace Cloud** www.Rackspace.com/Cloud
Host Your Websites & Applications with the Power of Cloud Computing.

**How to Buy Gold** Goldline.com/Buy-Gold
Physical Gold Shipped to Your Door Free Investor Kit. Since 1960.

**Sony Mp3 Streaming Player** store.sony.com/MakeYourT
1080P, Usb-Enabled Mp3 Player Easily Access And Enjoy Your Music.

AdChoices

SITEMAP   HELP   CONTACT US   INVESTMENT NEWSLETTERS   FORBES CONFERENCES   FORBES MAGAZINES
Advertising Information   Self-Serve Advertising   Forbes.com Mobile   RSS   Reprints/Permissions
Subscriber Services   Privacy Statement   Terms, Conditions and Notices
2011 Forbes.com LLC™   All Rights Reserved