# Exhibit 4

## MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON[1]
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
CHARLES D. SIEGAL
RONALD K. MEYER
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
ROBERT B. KNAUSS
STEPHEN M. KRISTOVICH
JOHN W. SPIEGEL
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
LAWRENCE C. BARTH
KATHLEEN M. M<sup>c</sup>DOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
RONALD C. HAUSMANN
PATRICK J. CAFFERTY, JR.
JAY M. FUJITANI
O'MALLEY M. MILLER
SANDRA A. SEVILLE-JONES
MARK H. EPSTEIN
HENRY WEISSMANN
KEVIN S. ALLRED
BART H. WILLIAMS
JEFFREY A. HEINTZ
JUDITH T. KITANO
KRISTIN LINSLEY MYLES
MARC T.G. DWORSKY
JEROME C. ROTH
STEPHEN D. ROSE
GARTH T. VINCENT
TED DANE
STUART N. SENATOR

MARTIN D. BERN
DANIEL P. COLLINS
RICHARD E. DROOYAN
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
MARY ANN TODD
MICHAEL J. O'SULLIVAN
KELLY M. KLAUS
DAVID B. GOLDMAN
KEVIN S. MASUDA
HOJOON HWANG
DAVID C. DINIELLI
PETER A. DETRE
PAUL J. WATFORD
DANA S. TREISTER
CARL H. MOOR
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
GREGORY J. WEINGART
TAMERLIN J. GODLEY
JAMES C. RUTTEN
J. MARTIN WILLHITE
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
BRETT J. RODDA
SEAN ESKOVITZ
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
RANDALL G. SOMMER
MARIA SEFERIAN
MANUEL F. CACHÁN
ROSEMARIE T. RING
JOSEPH J. YBARRA
KATHERINE K. HUANG
MICHELLE T. FRIEDLAND
TODD J. ROSEN

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

TRUC T. DO
MELINDA EADES LEMOINE
SETH GOLDMAN
SUSAN R. SZABO
LINDSAY D. M<sup>c</sup>CASKILL
BRIAN R. HOCHLEUTNER
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
KAREN J. EPHRAIM
LIKA C. MIYAKE
ANDREW W. SONG
VICTORIA L. BOESCH
HAILYN J. CHEN
BRAD SCHNEIDER
MIRIAM KIM
MISTY M. SANFORD
AIMEE FEINBERG
KATHERINE KU
KIMBERLY A. CHI
SHOSHANA E. BANNETT
DEREK J. KAUFMAN
MARCUS J. SPIEGEL
BETHANY W. KRISTOVICH
WILLIAM E. CANO
HENRY E. ORREN
BENJAMIN W. HOWELL
JACOB S. KREILKAMP
ERIC P. TUTTLE
HEATHER E. TAKAHASHI
KEITH R.D. HAMILTON, II
SORAYA C. KELLY
PATRICK ANDERSON
JEFFREY Y. WU
MARK R. CONRAD
L. ASHLEY AULL
M. LANCE JASPER
ALISSA BRANHAM
ADAM R. LAWTON
RACHEL L. STEIN
AVI BRAZ
DAVID C. LACHMAN
JENNY H. HONG
AARON SEIJI LOWENSTEIN

LAURA D. SMOLOWE
SARALA V. NAGALA
LEO GOLDBARD
MATTHEW A. MACDONALD
CAROLYN V. ZABRYCKI
MARGARET G. ZIEGLER
ESTHER H. SUNG
MIRIAM SEIFTER
BENJAMIN J. MARO
RENEE DELPHIN-RODRIGUEZ
MICHAEL J. MONGAN
KATHRYN A. EIDMANN
JOEL M. PURLES
KYLE A. CASAZZA
RICHARD C. CHEN
AARON GREENE LEIDERMAN
ERIN J. COX
CLAIRE YAN
DAVID H. PENNINGTON
BRAM ALDEN
MARK R. SAYSON
JOHN M. RAPPAPORT
DAVID C. THOMPSON
ANNE HENRY LEE
MATTHEW M. STEINBERG
CHRISTIAN K. WREDE
PETER E. GRATZINGER

OF COUNSEL
RICHARD D. ESBENSHADE[1]
ROBERT K. JOHNSON[1]
ALAN V. FRIEDMAN[1]
RICHARD S. VOLPERT
ALLISON B. STEIN
SUSAN E. NASH
ALLEN M. KATZ
WILLIANA CHANG

E. LEROY TOLLES
(1922-2008)

[1]A PROFESSIONAL CORPORATION

December 14, 2011

WRITER'S DIRECT LINE
(213) 683-9238
(213) 683-4038 FAX
Kelly.Klaus@mto.com

**VIA EMAIL AND FEDERAL EXPRESS**

Lance Kavanaugh
Director, Legal
YouTube
901 Cherry Avenue
San Bruno, California USA 94066

Re:   Your December 14, 2011 Letter to David Benjamin

Dear Mr. Kavanaugh:

I represent UMG Recordings, Inc. ("UMG"). I am in receipt of your letter of today's date addressed to David Benjamin.

While I have not had a chance to review all of the statements in your letter, based on the limited review that I have conducted, your letter seems to omit some important facts that, unless corrected, could create a misunderstanding or misimpression regarding this matter.

First, you state that YouTube "provid[ed] UMG with a deadline of Tuesday, December 13 at noon to provide the basis for your copyright claim, along with the documentation supporting that claim[,]" and that you are now giving UMG until tomorrow, December 15, to provide certain information, after which point you say YouTube "will assume that you no longer believe you have a valid copyright claim in the video[.]" This is an incomplete recitation of the chronology. In fact, Yenie Ra of your staff sent Mr. Benjamin an email at approximately 11:46 p.m. (pacific) on Monday, December 12. In that email, Ms. Ra stated that "we [*i.e.*, YouTube] will release [UMG's] claims and remove the reference file that

15976899.1

MUNGER, TOLLES & OLSON LLP

Lance Kavanaugh
December 14, 2011
Page 2

UMG has created if you do not provide documentation by 12pm PST tomorrow," *i.e.*, by noon (pacific) yesterday, December 13. UMG understood Ms. Ra's statements to be self-effectuating and decided to take no further action based on those statements. That continues to be UMG's position and will remain so pending the resolution of the litigation that Megaupload Ltd. has instituted against Universal Music Group, Inc. Notably, it would appear that YouTube understood UMG's position regarding Ms. Ra's email, since the video is freely available on YouTube (and has been since last Friday). *See, e.g.,* www.youtube.com/watch?v=pCkI5I8vsBg; www.youtube.com/watch?v=Y8aUCnyKH2U. Given all this, we are not sure why you are continuing to ask UMG for information, or why you need to make any assumptions about UMG's beliefs regarding this matter.

      Second, your letter could be read to suggest that UMG's rights to use the YouTube "Content Management System" with respect to certain user-posted videos are limited to instances in which UMG asserts a claim that a user-posted video contains material that infringes a UMG copyright. As you know, UMG's rights in this regard are not limited to copyright infringement, as set forth more completely in the March 31, 2009 Video License Agreement for UGC Video Service Providers, including without limitation in Paragraphs 1(b) and 1(g) thereof.

      Since we appreciate your statement "that UMG is an incredibly valued partner of YouTube," I wanted to be certain to clear up any misimpression of the facts that might result from your letter, as I am sure this was not your intention.

      As I said at the outset, I have not reviewed your letter in detail, but did want to clear up the foregoing points immediately.

Sincerely,

Kelly M. Klaus

15976899.1