# Exhibit 5

Options

Browse | Movies | Upload

Create Account | Sign In

# Megaupload Mega Song

misterangelalonso | Subscribe | 46 videos

Like | Add to | Share

61,133

Uploaded by misterangelalonso on Dec 9, 2011

Esto puede ser el Himno de MegaUpload
~d-_-b~

629 likes, 88 dislikes

As Seen On:
Wired Top Stories

Show more

Top Comments

Asi como no me dejes usar cuevana por un par de dias mas busco a cada uno de los que a cantan y los mato dolorosamente
mateomendezc 1 day ago 26

0:52 OHHH SO SHE LIKES IT FAST....I SEE...lol
TheSomething134 7 hours ago 11

All Comments (214) see all

Sign In or Sign Up now to post a comment!

@mateomendezc Speak ENGLISH. Fucking spic.
chrishdman87 12 minutes ago

xDDD
coldwhisper5 25 minutes ago

this is trash
sonikkuffffff 57 minutes ago

@mateomendezc seguro tenes fibertel.. el problema de que descarga lento es que fibertel limita las conexiones a megaupload porque todos usan cuevana con megaupload, asi bajan el trafico de los nodos y los usuarios que solo quieren navegar quedan satisfechos.. el problema NO es de

"Back To The Start"
by chipotle
2,936,880 views
Promoted Video

MegaUpload - The MegaSong (NEW)
by KiNGKiLLiZ3
262 views

WTF? Tulsa Woman Alisha Halfmoon Caught
by ChasinDatPaperMedia
12,678 views

MEGAUPLOAD SONG - Advertising 9/12/11
by AndriySonRisas
16,882 views

MEGA SONG
by redrojoestudio
2,231 views

Act Like A Lady Think Like A Man (Trailer)
by ShaTah370
9,765 views

Megaupload Mega Song
by ShellDoSs1
4 views

man convicted of disorderly conduct for
by onestrikegently
1,709 views

Mega Song
by iTrading34
216 views

Mega song

About the new look | Send feedback

Options ...pload, lo genera FIBERTEL o tu ISP
...a 1 hour ago

i hope mega upload wins fucking univeral for pulling this vid
EffectiveKill 1 hour ago

Megaupload to Sue Universal, Joins Fight Against SOPA
Update: The lawsuit has been filed today at the United States District Court, Northern District of California.
jigilowman 2 hours ago

FUCK DA POLICE
PatricksLaw 2 hours ago

FUCK
MurdahPivot 5 hours ago

I hate this song1
andyozyes 5 hours ago

i hate it, because this is zo obvious a commercialsong, but i like the melody xD
lompeluiten 6 hours ago

1 2 3 4 5 6 7 Next »

View all Comments »

**Megaupload Mega Song!**
by Kanterinho94
326 views
4:13

**Mega Song**
by rsx32a
45 views
4:13

**MEGAUPLOAD SONG**
by 60SR
18,620 views
1:34

**Best Dance Songs 2011 Best Dance Music 2011**
by GeorgeDeejay
855,454 views
11:05

**Sad piano (this will make you cry)**
by DJMichaelOrtega
1,884,081 views
4:13

**Can't Find The "MegaUpload**
by anymoustache
324 views
1:29

**RendeZook**
by Stungravy
4,740,987 views
0:30

Load more suggestions

Help About Press & Blogs Copyright Creators & Partners Advertising Developers
Terms Privacy Safety Report a bug Try something new!
English Worldwide Safety: Off

About the new look | Send feedback



