# Exhibit 6



Log In    Explore    Help    Search Videos    Sub

# Megaupload Song
by Jerome Quere
6 days ago

Couch Mode



More

Show me  Jerome Quere's vide    See all

4. **Megaupload Song**
by Jerome Quere
6 days ago

3. **Invitation 50 ans de Christine et Bernard**
by Jerome Quere
8 months ago

2. **Module Coffee.**
by Jerome Quere
9 months ago

megaupload song

Credits

Jerome Quere

22 Likes

**Eduardo Carrasco**
37 minutes ago

**Jullienne A**
14 hours ago

**AzureStarx3**
1 day ago

**xDanDJ**
1 day ago

**Rocco Desta**
1 day ago

**Marcus Lywood**
1 day ago

**Derick Shaw** PLUS
2 days ago

**Jason Garland**
2 days ago

**Emi Miho**
2 days ago

**Riccardo Pittia**
2 days ago

See all 22 likes

Tags

megaupload song

**Rocco Desta** 1 day ago
Awesome.

**AzureStarx3** 1 day ago
i dun like megaupload 8I

This conversation is missing your voice. Take five seconds to join Vimeo or log in.

Advertisement

About this video

FLV  960x540, 35.86MB
Uploaded Fri December 09, 2011
Please join or log in to download
00:04:12

1 Related collection
**AniMotion Kul**

Statistics

| Date | Plays | Likes | Comments |
|---|---|---|---|
| Dec 15th | 629 | 2 | 0 |
| Dec 14th | 3,487 | 5 | 2 |
| Dec 13th | 2,850 | 4 | 0 |
| Dec 12th | 2,170 | 3 | 0 |
| Dec 11th | 1,071 | 5 | 0 |
| Dec 10th | 769 | 2 | 0 |
| Dec 9th | 94 | 1 | 0 |
| Totals | 11.1K | 22 | 2 |

Online.
www.TelevisionFanatic.com

**Download Google Chrome**
Searching is fast and easy with Google's web browser.
www.google.com/chrome

**Online Used Cars For Less**
Check our our affordable, quality used vehicles online and save!
www.tustintoyota.com

**Vimeo:** About / Blog / Developers / Jobs / Community Guidelines / Help Center / Video School / Music Store / Site Map / Vimeo PLUS or PRO

**Legal:** TM + ©2011 Vimeo, LLC. All rights reserved. / Terms of Service / Privacy Statement / Copyright