IRA P. ROTHKEN (CSB No. 160029)
ira@techfirm.com
JARED P. SMITH (CSB No. 130343)
jared@techfirm.com
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: 415.924-4250
Facsimile: 415.924-2905

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
MEGAUPLOAD LTD.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MEGAUPLOAD LTD.,

Plaintiff,

v.

UNIVERSAL MUSIC GROUP, INC. and DOES 1 to 100, inclusive,

Defendants.

Case No. CV-116216-CW

**SUPPLEMENTAL DECLARATION OF KIM DOTCOM IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Date: December __, 2011
Time: __:__ A.M.
Dept: Courtroom 2, 4th Floor
Judge: The Hon. Claudia Wilken

Filed: December 12, 2011

I, Kim Dotcom, declare:

1. I am the Chief Innovation Officer of Plaintiff Megaupload Ltd. ("Megaupload"). I submit this supplemental declaration in support of Megaupload's Reply Memorandum Regarding *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction. I make the following statements based upon my personal knowledge, except to any extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

2. Attached hereto as Exhibit A is a true and accurate copy of my account statistics screen at YouTube, as displayed by YouTube to me at 7:30 a.m. Pacific time Friday, December 16, 2011. I have circled on that screen the words that YouTube displayed, that "because this video has been displayed by a copyright owner, statistics cannot be made public." This screen also reflects that there were no hits to this video from approximately December 9 to December 15, 2011.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 16th day of December, 2011, in Hong Kong, China.

***/s/ Kim Dotcom***
Kim Dotcom

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT A



YouTube - Broadcast Y...
The Mega Song - Y...
Edit info
Edit video
Monetize
Edit annotations
Edit captions/subtitles
AudioSwap
Analytics
The Mega Song
MrKimDotcom
Subscribe
2 videos
0:01 / 4:13
360p
This video is public.
Like
Add to
Share
286,092
Because this video has been claimed by a copyright owner, statistics cannot be made public.
Total views: 286,092
J I H G F E D C B A
Ratings: 5435
Likes: 4439
Dislikes: 996
Comments: 1,957
Favorites: 867
Significant discovery events
Date
Event
Views
A
12/09/11
First referral from – megaclick.com
18,595