IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAUPLOAD LTD.,<br><br>　　Plaintiff,<br><br>　v.<br><br>UNIVERSAL MUSIC GROUP, INC. and DOES 1 to 100, inclusive,<br><br>　　Defendants.<br>_____/ | No. C 11-6216 CW<br><br>ORDER DENYING AS MOOT PLAINTIFF'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING AND ORDER TO SHOW CAUSE (DOCKET NO. 5) |

Plaintiff Megaupload has conceded that its application for a temporary restraining order is moot, except to the extent that it seeks an Order to Show Cause for preliminary injunctive relief. In addition, in its reply to Defendant Universal Music Group, Inc.'s opposition, Megaupload requests limited expedited discovery and a briefing schedule regarding the preliminary injunction.

Plaintiff's application for a temporary restraining order and order to show cause for preliminary injunctive relief is DENIED.

Megaupload may file a properly noticed motion for a preliminary injunction, pursuant to Civil Local Rules 65-2 and 7-2. In addition, Megaupload may move for limited expedited discovery and, if necessary, an order to shorten time pursuant to Civil Local Rule 6-3. Any discovery motion will be referred to a magistrate judge.

IT IS SO ORDERED.

Dated: 12/16/2011

　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge