1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUNGER, TOLLES & OLSON LLP
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:      (213) 683-9100
Facsimile:      (213) 687-3702

MUNGER, TOLLES & OLSON LLP
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077


Attorneys for Defendant
UNIVERSAL MUSIC GROUP, INC.

ROTHKEN LAW FIRM
IRA P. ROTHKEN (SBN 160029)
JARED R. SMITH (SBN 130343)
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile:   (415) 924-2905
Email: ira@techfirm.com
Email: jared@techfirm.com


Attorneys for Plaintiff
 MEGAUPLOAD LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEGAUPLOAD LTD.,<br><br>                    Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, INC.,<br><br>                    Defendant. | CASE NO.  C-11-6216 CW<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**[CIVIL L.R. 6-1(a), 6-2]**<br><br>Judge:         Honorable Claudia Wilken |

1    WHEREAS Plaintiff Megaupload Ltd. ("Plaintiff") served the Complaint in this matter on

2  Universal Music Group, Inc. ("Defendant") on December 13, 2011;

3    WHEREAS under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for

4  Defendant to answer or otherwise respond to the Complaint would otherwise be January 3, 2012;

5    WHEREAS, given the holiday season, Defendant has requested, and Plaintiff has agreed,

6  that Defendant may have an additional twenty-one (21) days to answer or otherwise respond to

7  the Complaint;

8    WHEREAS Plaintiff has requested, and Defendant has agreed, that if Defendant chooses

9  to file a motion after having 42 days to prepare it, Plaintiff may have no less than 21 days after in

10  which to prepare its Opposition thereto;

11    WHEREAS there have been no prior time modifications in the case, and the extension

12  stipulated to herein will not alter the date of any event or deadline already fixed by Court Order;

13    THEREFORE, pursuant to Civil L.R. 6-1(a) and 6-2, Plaintiff and Defendant

14  STIPULATE as follows:

15    Defendant shall have through and including January 24, 2012 to answer or otherwise

16  respond to the Complaint.

17    In the event that Plaintiff files a motion or other pleading than an answer, Plaintiff shall

18  have through and including February 14, 2012 to file its opposition thereto.

19    Nothing in this stipulation precludes the parties, should they mutually agree to do so, from

20  entering and submitting to the Court a Stipulation and [Proposed] Order with a different briefing

21  schedule for both opposition and reply briefing.

22    **SO STIPULATED.**

23

24

25

26

27

28

- 1 -                    JOINT STIP AND ~~PROPOSED~~ ORDER
                         CASE NO. C-11-6216 CW

1  DATED: December 23, 2011          MUNGER, TOLLES & OLSON LLP

2                                    By: /s/ Kelly M. Klaus
                                         Kelly M. Klaus
3
                                    Attorneys for Defendant
4                                   UNIVERSAL MUSIC GROUP, INC.

5
   DATED: December 23, 2011          ROTHKEN LAW FIRM
6
                                    By: /s/ Ira P. Rothken
7                                        Ira P. Rothken

8
                                    Attorneys for Plaintiff
9                                   MEGAUPLOAD LTD.

10

11

12 **IT IS SO ORDERED:**

13

14                                  _____

15                                  **United States District Judge**

16

17          ATTESTATION UNDER GENERAL ORDER 45, SECTION X.B.

18          I have the authorization of Plaintiff's counsel to submit this Stipulation and

19 [Proposed] Order.

20

21                                  */s/* Kelly M. Klaus

22

23

24

25

26

27

28

                                              JOINT STIP AND ~~PROPOSED~~ ORDER
                            - 2 -               CASE NO. C-11-6216 CW