IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGAUPLOAD LTD,

    Plaintiff,

  v.

UNIVERSAL MUSIC GROUP,

    Defendant.
_____/

No. C 11-06216 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion for leave to take limited discovery prior to FED. R. Civil P. 26(f) conference and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing noticed for Thursday, February 2, 2012, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 1/3/2012

_____
CLAUDIA WILKEN
United States District Judge