<div style="writing-mode: vertical-rl">**United States District Court** For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Megaupload Ltd., | |
| Plaintiff, | No. C11-6216 CW (JSC) |
| v. | **CLERK'S NOTICE** |
| Universal Music Group, Inc., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that Plaintiff's motion for leave to take limited discovery prior to Fed. R. Civ. P 26(f) conference (dkt. no. 21) is scheduled for **February 2, 2012 at 9:00 a.m.**, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco before Magistrate Judge Jacqueline Scott Corley.

Dated: January 4, 2012

*/s/ Ada Means*
Ada Means- Courtroom Deputy to
Magistrate Judge Jacqueline Scott Corley