IRA P. ROTHKEN (CSB No. 160029)
ira@techfirm.com
JARED P. SMITH (CSB No. 130343)
jared@techfirm.com
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:    415.924-4250
Facsimile:    415.924-2905

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Plaintiff
MEGAUPLOAD LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAUPLOAD LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL MUSIC GROUP, INC. and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. CV-116216-CW (JSC) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO SHORTEN TIME FOR HEARING ON MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO FED. R. CIV. P. 26(F) CONFERENCE <br><br> Courtroom: F, 15th Floor <br> Judge:     Hon. Jacqueline Scott Corley <br><br> Action Filed:     December 12, 2011 |

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MAR TO SHORTEN TIME
FOR HEARING ON MOT. FOR LIMITED
DISCOVERY PRIOR TO RULE 26(F) CONF.

CASE NO. CV-116216-CW (JSC)

THIS MATTER came before the Court on Plaintiff's Motion for Administrative Relief To Shorten Time for Hearing on Motion for Leave to Take Limited Discovery Prior to FED. R. CIV. P. 26(f) Conference (the "MAR"). The Court having reviewed the MAR, the Declaration of Ira Rothken, and all other materials before this Court, and good cause being shown, now therefore

**IT IS HEREBY ORDERED** that:

(A) Plaintiff's Motion for Administrative Relief To Shorten Time for Hearing on Motion for Leave to Take Limited Discovery Prior to FED. R. CIV. P. 26(f) Conference is **GRANTED**;

(B) Defendant's Opposition to the Motion for Leave to Take Limited Discovery shall be due on or before January 10, 2012.

(C) Plaintiff may file a Reply on or before January 17, 2012.

(D) Plaintiff's Motion for Leave to Take Limited Discovery Prior to FED. R. CIV. P. 26(f) Conference will be heard on January 23, 2012 at 2:00 pm.

**IT IS SO ORDERED**.

Dated: January 10, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MAR TO SHORTEN TIME
FOR HEARING ON MOT. FOR LIMITED
DISCOVERY PRIOR TO RULE 26(F) CONF.

1

CASE NO. CV-116216-CW (JSC)