IRA P. ROTHKEN (CSB No. 160029)
ira@techfirm.com
JARED R. SMITH (CSB No. 130343)
jared@techfirm.com
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:   415.924-4250
Facsimile:   415.924-2905

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Plaintiff
MEGAUPLOAD LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAUPLOAD LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, INC. and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV-116216-CW (JSC)<br><br>**SUPPLEMENTAL DECLARATION OF IRA ROTHKEN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO FED. R. CIV. P. 26(F) CONFERENCE**<br><br>Date:   January 23, 2012<br>Time:   2:00 P.M.<br>Courtroom:  F, 15th Floor<br>Judge:   Hon. Jacqueline Scott Corley<br><br>Action Filed:   December 12, 2011 |

SUPP. ROTHKEN DECL. ISO PLAINTIFF'S
MOT. FOR LIMITED DISCOVERY PRIOR TO
RULE 26(F) CONF.

Case No. CV-116216-CW (JSC)

I, Ira Rothken, declare:

1. I am the founder and managing partner of the Rothken Law Firm. I submit this supplemental declaration in support of Megaupload Ltd.'s Motion to Take Limited Discovery Prior to Fed. R. Civ. P. 26(f) Conference (the "Motion"). I make the following statements based upon my personal knowledge, except to any extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

2. On December 28, 2011, my office sent (by way of facsimile, email and Fed Ex) a letter to Google Inc. and YouTube regarding this action. That letter, which enclosed a copy of Megaupload's complaint as well as the Motion, requested Google's and YouTube's assistance in preserving documents and electronic data that are likely to be probative in this case. A true and correct copy of that letter is attached as Exhibit A.

3. In response to the letter, we received what appeared to be an automated email response from YouTube (via its "Copyright Service" at the email address copyright@youtube.com) on December 28, 2011. That message, a true and correct copy of which is attached as Exhibit B, stated: "Your message has been received and is now queued for review." That message did not advise when or if the request made in my letter would be granted.

4. On January 13, 2011, I directed my colleague, Jared Smith, to send a follow-up email regarding Megaupload's evidence preservation request to the attention of Anjali Kurani, whom I understand (based on LinkedIn.com reports) to be Product Counsel at Google for YouTube. That email, which attached a copy of my December 28, 2011 letter and the December 28, 2011 auto-reply described in Paragraphs 2 and 3 hereof, respectively, requested confirmation that YouTube will be taking reasonable steps to preserve the electronic evidence as requested in our letter. A true and correct copy of that email is attached as Exhibit C.

5. Also on January 13, 2011, at my direction Mr. Smith sent another follow-up email to Lance Kavanaugh, whom I understand (based on Mr. Klaus's letter to YouTube) to be YouTube's Legal Director, including the earlier email to Ms. Kurani, as well as the December 28, 2011 letter and auto-reply described above. This email again requested confirmation that YouTube will take reasonable steps to preserve evidence. A true and correct copy of this email is

attached as <u>Exhibit D</u>.

6. To date, we have not received any response to our requests for preservation from YouTube, other than the automated reply email described in Paragraph 3. In particular, YouTube has not confirmed that it will preserve any evidence related to this action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at Novato, California on January 17, 2012.

<i>/s/ Ira Rothken</i><br>
Ira Rothken, Esq.