# EXHIBIT B

| | |
|---|---|
| **From:** | Copyright Service [copyright@youtube.com] |
| **Sent:** | Wednesday, December 28, 2011 10:43 AM |
| **To:** | Jared Smith |
| **Cc:** | Ira P. Rothken; Jared Smith |
| **Subject:** | Re: [#936323371] Megaupload/UMG - Request to Preserve Evidence - URGENT |

Thanks for contacting YouTube! You've reached the copyright and DMCA compliance team. Your message has been received and is now queued for review. Please note that general help inquiries won't be answered here.
For help with other site-related issues, please visit our Help Center at http://help.youtube.com. If you wish to report abuse or inappropriate content, please visit http://help.youtube.com/support/youtube/bin/topic.py?topic=13044, or if you feel you have a privacy request, please visit http://help.youtube.com/support/youtube/bin/answer.py?answer=78346.

If you're requesting removal of a video that is allegedly infringing your copyright, please make sure that you have provided us with all of the required information in order to process your complaint. Providing incomplete information may delay the processing of your claim. For the requirements of DMCA notification, or if you have questions about our DMCA policy, please see: http://www.youtube.com/t/dmca_policy

Did you know that YouTube offers copyright owners a tool for submitting notifications more easily? If there are many videos to be removed, or you expect to have an ongoing need to remove potentially infringing content from YouTube, we suggest that you sign up for our Content Verification Program, which electronically notifies us, removing any room for error, and significantly increases the speed at which we are able to remove any infringing content. To sign up for this tool please visit:
http://www.youtube.com/t/copyright_program

Regards,
The YouTube Team


Original Message Follows:
------------------------
From: Jared Smith <jared@techfirm.net>
Subject: Megaupload/UMG - Request to Preserve Evidence - URGENT
Date: Wed, 28 Dec 2011 12:40:54 -0600

PLEASE FORWARD IMMEDIATELY TO LEGAL DEPT./CUSTODIAN OF RECORDS:

Attached for your immediate attention, please find a REQUEST TO PRESERVE ELECTRONIC EVIDENCE related to the lawsuit, MEGAUPLOAD LTD. v. UNIVERSAL MUSIC GROUP INC., et al., U.S. District Court, Northern District of California, Case No. CV 11-6216-CW.

Please advise legal counsel/custodian of records to contact Ira Rothken
(415) 924-4250 with any questions.

Regards,

Jared Smith
Rothken Law Firm
415-924-4250 x802

1