1  IRA P. ROTHKEN (CSB No. 160029)
   ira@techfirm.com
2  JARED P. SMITH (CSB No. 130343)
   jared@techfirm.com
3  ROTHKEN LAW FIRM
   3 Hamilton Landing, Suite 280
4  Novato, CA 94949
   Telephone:    415.924-4250
5  Facsimile:    415.924-2905

6  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
7  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
8  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
9  ERIN SIMON (CSB No. 268929)
   esimon@fenwick.com
10 FENWICK & WEST LLP
   555 California Street, 12th Floor
11 San Francisco, CA  94104
   Telephone:    415.875.2300
12 Facsimile:    415.281.1350

13 Attorneys for Plaintiff

14 MEGAUPLOAD LTD.

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                           OAKLAND DIVISION

| | |
|---|---|
| 18  MEGAUPLOAD LTD., | Case No. CV-116216-CW (JSC) |
| 19  Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT UNIVERSAL MUSIC GROUP, INC.** |
| 20  v. | |
| 21  UNIVERSAL MUSIC GROUP, INC. and DOES 1 to 100, inclusive, | |
| 22  Defendants. | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE                    1                    CASE NO. CV-116216-CW (JSC)

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Megaupload Ltd. voluntarily dismisses without prejudice Defendant Universal Music Group, Inc. from this Action. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment. For clarity, this dismissal does not include Defendants Does 1 to 100, inclusive.

Dated:   January 20, 2012                    ROTHKEN LAW FIRM


                                             By:        */s/ Ira P. Rothken*
                                                              Ira P. Rothken

                                             Attorneys for Plaintiff
                                             MEGAUPLOAD LTD.