IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAUPLOAD LTD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL MUSIC GROUP, INC. and DOES 1 to 100, inclusive<br><br>　　　　Defendants.<br>_____/ | No. C 11-06216 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR PLAINTIFF TO AMEND THE COMPLAINT |

Since Plaintiff voluntarily dismissed its claims against Defendant Universal Music Group, Inc. on January 20, 2012, no specifically identified Defendant has been named in this action. If Plaintiff fails to name a Defendant in this action within seven day, it will be dismissed without prejudice.  If the complaint is timely amended to name a new defendant, the 120-day time limit for service under Federal Rule of Civil Procedure 4(m) will restart as to that defendant.  Rudolph v. UT Starcom, Inc., 2009 WL 248370, *3 (N.D. Cal.).  The case management conference previously scheduled for March 28, 2012 is continued to August 22, 2012, at 2:00 p.m.

　　IT IS SO ORDERED.

Dated: 3/23/2012

　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　United States District Judge