1  IRA P. ROTHKEN (CSB No. 160029)
   ira@techfirm.com
2  JARED P. SMITH (CSB No. 130343)
   jared@techfirm.com
3  ROTHKEN LAW FIRM
   3 Hamilton Landing, Suite 280
4  Novato, CA 94949
   Telephone:   415.924-4250
5  Facsimile:   415.924-2905

6  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
7  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
8  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
9  ERIN SIMON (CSB No. 268929)
   esimon@fenwick.com
10 FENWICK & WEST LLP
   555 California Street, 12th Floor
11 San Francisco, CA  94104
   Telephone:   415.875.2300
12 Facsimile:   415.281.1350

13 Attorneys for Plaintiff

14 MEGAUPLOAD LTD.

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                            OAKLAND DIVISION

18 | MEGAUPLOAD LTD.,                    | Case No. CV-116216-CW (JSC)
19 | Plaintiff,                          | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**
20 | v.                                  |
21 | UNIVERSAL MUSIC GROUP, INC. and
22 | DOES 1 to 100, inclusive,
23 | Defendants.

NOTICE OF DISMISSAL WITHOUT PREJUDICE               1                CASE NO. CV-116216-CW (JSC)

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), Plaintiff Megaupload Ltd. voluntarily dismisses this entire Action without
3  prejudice. This notice of dismissal is being filed with the Court before service by any Defendant
4  of either an answer or a motion for summary judgment.

6  Dated:   March 27, 2012                    ROTHKEN LAW FIRM

8                                              By:        */s/ Ira P. Rothken*
                                                             Ira P. Rothken

   Attorneys for Plaintiff
10 MEGAUPLOAD LTD.